

Case5:11-cv-02959-EJD Document5 Filed06/16/11 Page1 of 2

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | E-filing<br>CV 11 2959 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

MEJ

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Northern District of California<br>San Francisco Division | |
|---|---|---|
| DOCKET NO.<br>11-2959 | DATE FILED<br>06/16/2011 | |
| PLAINTIFF<br>Zynga Inc. | DEFENDANT<br>VOSTU USA, INC., a Delaware Corporation;<br>VOSTU LLC, a Delaware Corporation;<br>VOSTU, LLC, a Delaware Corporation;<br>VOSTU, LTD., a Cayman Islands Corporation; and<br>DOES 1-5 | |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TX0007348500 | CityVille PHP | Zynga Inc. |
| 2 | TX0007330782 | Cafe World PHP | Zynga Inc. |
| 3 | TXu001610517 | FarmVille | Zynga Inc. |
| 4 | TX0006960171 | FarmVille HTML Software | Zynga Inc. |
| 5 | TX0007233357 | PetVille HTML Software | Zynga Inc. |

*See Attachment A for additional Copyright Registration Nos.

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GLORIA ACEVEDO | DATE<br>6-16-11 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Attachment A to AO-121

*Zynga Inc. v. Vostu USA, Inc., et al.*

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| TXu001685176 | PetVille Software | Zynga Inc. |
| TXu001611885 | [no title on deposit] | Zynga Inc. |
| VA0001649268 | Zynga Texas Hold Em | Zynga Inc. |