| | |
|---|---|
| RONALD L. OLSON (SBN 044597)<br>Ron.Olson@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Telephone:  (213) 683-9100<br>Facsimile:  (213) 687-3702<br><br>CAROLYN HOECKER LUEDTKE (SBN 207976)<br>Carolyn.Luedtke@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105<br>Telephone:  (415) 512-4000<br>Facsimile:  (415) 512-4077<br><br>ANDREW P. BRIDGES (SBN 122761)<br>abridges@winston.com<br>JENNIFER GOLINVEAUX (SBN 203056)<br>jgolinveaux@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA  94111-5802<br>Telephone:  (415) 591-1000<br>Facsimile:  (415) 591-1400<br><br>Attorneys for Defendants<br>VOSTU USA, INC.,VOSTU LLC and VOSTU, LTD. | LARRY W. MCFARLAND (SBN 129668)<br>lmcfarland@kmwlaw.com<br>DENNIS WILSON (SBN 155407)<br>dwilson@kmwlaw.com<br>DAVID K. CAPLAN (SBN 181174)<br>dcaplan@kmwlaw.com<br>TARA D. ROSE (SBN 256079)<br>trose@kmwlaw.com<br>KEATS McFARLAND & WILSON LLP<br>9720 Wilshire Boulevard<br>Penthouse Suite<br>Beverly Hills, CA  90212<br>Telephone:  (310) 248-3830<br>Facsimile:  (310) 860-0363<br><br>Attorneys for Plaintiff<br>ZYNGA INC. |

**IT IS SO ORDERED**
Judge Edward J. Davila
7/7/2011

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VOSTU USA, INC., a Delaware Corporation; VOSTU LLC, a Delaware Corporation; VOSTU, LLC, a Delaware Corporation; VOSTU LTD., a Cayman Islands Corpration; AND JOHN DOES 1-5<br><br>　　　　　Defendants. | Case No.  CV:11-2959 EJD<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT Case No. CV:11-2959 EJD**

Pursuant to Civil Local Rule 6-1(a), Plaintiff Zynga Inc. ("Plaintiff") and Defendants Vostu USA, Inc., Vostu LLC, and Vostu, Ltd. ("Vostu") enter into this stipulation to extend the time for Vostu to answer or otherwise respond to the Complaint in this action.

WHEREAS, Plaintiff asserts that it has served Vostu, Ltd. and that its deadline to respond to the Complaint is July 25, 2011;

WHEREAS, Plaintiff asserts that it has served Vostu USA, Inc. and Vostu LLC, and that their deadline to respond to the Complaint is July 7, 2011;

WHEREAS, Plaintiff has not asserted that it has served Vostu, LLC;

NOW THEREFORE, Plaintiff and Vostu stipulate and agree that Vostu, Ltd, Vostu USA, Inc., and Vostu LLC shall have until July 25, 2011 to answer or otherwise respond to the Complaint. No party waives any argument regarding sufficiency of process, sufficiency of service of process, or jurisdiction by entering into this stipulation.

This extension of time will not alter the date of any event or any deadline already fixed by court order.

**IT IS SO STIPULATED.**

Dated: July 7, 2011                         MUNGER, TOLLES & OLSON LLP

                                            By:  /s/ Carolyn Hoecker Luedtke
                                                 Carolyn Hoecker Luedtke
                                                 Attorneys for Defendants
                                                 VOSTU USA, INC., VOSTU LLC
                                                 and VOSTU, LTD

Dated: July 7, 2011                         WINSTON & STRAWN LLP

                                            By:  /s/ Jennifer A. Golinveaux
                                                 Jennifer Golinveaux
                                                 Attorneys for Defendants
                                                 VOSTU USA, INC., VOSTU LLC
                                                 AND VOSTU, LTD

Dated: July 7, 2011                         KEATS McFARLAND & WILSON LLP

                                            By:  /s/ Dennis Wilson

                                                 Attorneys for Plaintiff
                                                 ZYNGA INC.

1    Pursuant to General Order 45.X.b, I attest that concurrence in the filing of this document has
2 been obtained from each of the other signatories.

3 Dated: July 7, 2011                         WINSTON & STRAWN LLP

4
                                              By:   /s/ Jennifer A. Golinveaux
5                                                   Jennifer A. Golinveaux
                                                    Attorneys for Defendants
6                                                   VOSTU USA, INC., VOSTU LLC and VOSTU,
7                                                   LTD

8 SF:313821.1

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

3
**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT Case No. CV:11-2959 EJD**