1   RONALD L. OLSON (SBN: 044597)
    Ron.Olson@mto.com
2   KELLY M. KLAUS (SBN: 161091)
    Kelly.Klaus@mto.com
3   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 35th Floor
4   Los Angeles, CA 90071-1560
    Telephone: (213) 683-9100
5   Facsimile:  (213) 687-3702

6   CAROLYN HOECKER LUEDTKE (SBN: 207976)
    Carolyn.Luedtke@mto.com
7   MUNGER, TOLLES & OLSON LLP
    560 Mission Street, 27th Floor
8   San Francisco, CA 94105
    Telephone: (415) 512-4000
9   Facsimile:  (415) 512-4077

10  ANDREW P. BRIDGES (SBN: 122761)
    abridges@winston.com
11  JENNIFER A. GOLINVEAUX (SBN: 203056)
    jgolinveaux@winston.com
12  WINSTON & STRAWN LLP
    101 California Street
13  San Francisco, CA 94111-5894
    Telephone: (415) 591-1000
14  Facsimile: (415) 591-1400

15  Attorneys for Defendants
    VOSTU USA, INC., VOSTU LLC, AND VOSTU, LTD.
16

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                        SAN JOSE DIVISION

20  ZYNGA INC.,                          | CASE NO. CV 11-2959 EJD

21            Plaintiff,                 | **VOSTU USA, INC.; VOSTU LLC; AND
                                         | VOSTU, LTD.'S ANSWER AND
22  v.                                   | COUNTERCLAIMS**

    VOSTU USA, INC.; VOSTU LLC; VOSTU,
23  LLC; VOSTU, LTD.; and DOES 1-5,

24            Defendants.                | **DEMAND FOR JURY TRIAL**

    VOSTU USA, INC.; VOSTU LLC; and
25  VOSTU, LTD.

26            Counterclaimants

27  v.

28  ZYNGA, INC.,

              Counterclaim Defendant

1   Defendants Vostu USA, Inc., Vostu LLC, and Vostu, Ltd. (for purposes of this Answer,

2   collectively "Vostu"), through their undersigned counsel of record, submit the following Answer,

3   Affirmative Defenses, and Counterclaims in response to the complaint filed in the above-

4   captioned matter:

5   <u>**SUMMARY OF THE CASE**</u>

6       1.    Vostu denies the allegations of this paragraph.

7       2.    Vostu admits that Zynga is the creator of the online social games with the largest

8   number of users, including CityVille and FarmVille.  Vostu admits that these games are on

9   Facebook.  Vostu admits that Zynga often has six to eight of the top ten most visited applications

10  on Facebook according to third-party publications.  Vostu is without knowledge or information

11  sufficient to admit or deny the allegation regarding Zynga's industry awards and on that basis

12  denies it.  Vostu denies the remaining allegations of this paragraph.

13      3.    Vostu denies the allegations of this paragraph.

14      4.    Vostu admits that Vostu, Ltd. has raised approximately $50 million in venture

15  funding.  Vostu denies the remaining allegations of this paragraph.

16      5.    Vostu denies the allegations of this paragraph.

17      6.    Vostu denies the allegations of this paragraph.

18  <u>**PARTIES**</u>

19      7.    On information and belief, Vostu admits the allegations of this paragraph.

20      8.    Vostu admits that Vostu USA, Inc. is a corporation organized and existing under the

21  laws of the State of Delaware.

22      9.    Vostu admits that Vostu LLC is a limited liability company organized and existing

23  under the laws of the State of Delaware.

24      10.    Vostu denies that Vostu, LLC is a limited liability company organized and existing

25  under the laws of the State of Delaware.

26      11.    Vostu admits that Vostu, Ltd. is an exempted company formed under the laws of the

27  Cayman Islands.  Vostu denies that Vostu, Ltd.'s primary offices are in New York, New York.

28      12.    Vostu admits that Vostu USA, Inc. maintains offices in New York, New York.

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

1  Vostu denies the remaining allegations of this paragraph.

2      13.   This paragraph does not contain allegations so there is nothing to admit or deny.  To

3  the extent it contains allegations, they are denied.

4      14.   This paragraph does not contain allegations so there is nothing to admit or deny.  To

5  the extent it contains allegations, they are denied.

6      15.   Vostu denies the allegations of this paragraph.

7  **JURISDICTION AND VENUE**

8      16.   Vostu admits that this Court has subject matter jurisdiction over the claims asserted

9  against Vostu USA, Inc., Vostu LLC, and Vostu, Ltd.

10      17.   Vostu admits that venue in this District is proper.  Vostu denies the remaining

11  allegations of this paragraph.

12      18.   Vostu does not challenge personal jurisdiction in this matter.  Vostu denies the

13  allegations of this paragraph.

14      19.   Vostu admits that Vostu has users in the United States and abroad, including in this

15  District.  Vostu denies the remaining allegations of this paragraph.

16      20.   Vostu admits that Vostu's games are interactive games available on the Internet.

17  Vostu admits that users create accounts, may purchase items, and may interact and chat with other

18  users.  Vostu denies the remaining allegations of this paragraph.

19      21.   Vostu admits that the Vostu.com domain name is registered through GoDaddy.com

20  and is hosted with Amazon.com.  Vostu denies the remaining allegations of this paragraph.

21      22.   Vostu admits that Exhibit 4 to the Complaint is a print-out of a webpage from

22  www.vostu.com and that the quoted language appears on this page in Vostu, Ltd.'s Privacy

23  Policy.  Vostu denies the remaining allegations of this paragraph.

24      23.   Vostu admits that portions of the website www.vostu.com are in English.  Vostu

25  denies the remaining allegations of this paragraph.

26      24.   Vostu admits that there are Facebook application pages and Facebook fan pages for

27  some Vostu games.  Vostu admits that it uses Twitter to market its games.  Vostu admits that it

28  uses YouTube to market some of its games.  Vostu admits that Twitter and YouTube are located

-3-

1    and headquartered in this District.  Vostu is without knowledge or information sufficient to admit

2    or deny the remaining allegations of this paragraph, and on that basis denies them.

3        25.   Vostu admits that it allows users of its games to make payments through PayPal.

4    Vostu admits that PayPal is located and headquartered in this District.  Vostu denies the

5    remaining allegations of this paragraph.

6        26.   Vostu admits that users can purchase items in its games using U.S. Dollars using

7    American Express and Discover cards.

8        27.   Vostu denies the allegations of this paragraph.

9        28.   Vostu denies the allegations of this paragraph.

10                        **INTRADISTRICT ASSIGNMENT**

11       29.   Vostu admits that this action is an intellectual property action for which district-wide

12   assignment is appropriate.  Vostu denies the remaining allegations of this paragraph.

13                          **FACTUAL ALLEGATIONS**

14       30.   Vostu admits that Zynga is the online social gaming company with the most users in

15   the world.  Vostu admits that Zynga's games are available on social networking platforms such as

16   Facebook as well as on mobile platforms like iPhone and iPad.  Vostu admits that users can invite

17   friends to join them in playing Zynga's games online.  Vostu admits that in the Zynga Poker

18   game, users can invite friends on Facebook to join them at a virtual "poker table" to play for

19   virtual currency and chat with friends in the game while playing.  Vostu admits that Zynga

20   provides this type of interaction among friends in a variety of online games.  Vostu denies the

21   remaining allegations of this paragraph.

22       31.   Vostu is without knowledge or information sufficient to admit or deny the

23   allegations of this paragraph, and on that basis denies them.

24       32.   Vostu admits that Zynga has game titles that include CityVille, Café World,

25   FarmVille, PetVille, and Zynga Poker.  Vostu is without knowledge or information sufficient to

26   admit or deny the remaining allegations of this paragraph, and on that basis denies them.

27       33.   Vostu is without knowledge or information sufficient to admit or deny the

28   allegations of this paragraph, and on that basis denies them.

-4-

34.    Vostu admits that Vostu, LLC was founded in 2006 by three Harvard students as a social networking platform for Latin America.

35.    Vostu admits that Vostu USA, Inc. had an office in Miami in 2008.  Vostu admits that Vostu USA, Inc. has had its headquarters in New York since 2010.  Vostu denies the remaining allegations of this paragraph.

36.    Vostu admits that it launched its soccer game on its own platform and later on Google's social networking platform in Brazil, Orkut.  Vostu denies the remaining allegations of this paragraph.

37.    Vostu admits that Zynga launched Farmville in June 2009.  Vostu is without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

38.    Vostu denies the allegations of this paragraph.

39.    Vostu denies the allegations of this paragraph.

40.    Vostu is without knowledge or information sufficient to admit or deny Zynga's stated mission.  Vostu denies the remaining allegations of this paragraph.

41.    Vostu is without knowledge or information sufficient to admit or deny the allegations of this paragraph regarding Zynga's website and employment benefits, and on that basis denies them.  Vostu denies the remaining allegations of this paragraph.

42.    Vostu is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

43.    Vostu denies the allegations of this paragraph.

44.    Vostu admits that the logo for the philanthropic campaign on www.vostu.org depicts a seedling growing in a hand.  Vostu denies the remaining allegations of this paragraph.

45.    Vostu admits that it changed its logo from blue to red.  Vostu denies the remaining allegations of this paragraph.

46.    Vostu admits that Exhibit 12 appears to be printouts of press articles.  Vostu denies the remaining allegations of this paragraph.

47.    Vostu admits that Zynga's games include artwork, game mechanics, and features and

-5-

other tangible aspects. Vostu is without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

48. Vostu admits the allegations of this paragraph.

49. Vostu is without knowledge or information sufficient to admit or deny the allegation regarding Zynga's efforts to register copyrights, and on that basis denies it. The remaining allegations in this paragraph contain legal conclusions to which no response is required. To the extent a response is deemed necessary, those allegations are denied.

50. Vostu admits that CityVille is a virtual world game that allows users to grow crops, store goods, build businesses, collect rent, and become the mayor of their city. Vostu is without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

51. Vostu admits that Café World is a virtual world game that allows users to choose from dozens of dishes to cook. Vostu is without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

52. Vostu admits that FarmVille is a virtual world game that allows users to virtually farm with their friends by planting crops and raising farm animals. Vostu is without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

53. Vostu admits that PetVille is a virtual world game that allows users to raise a pet, dress it, and play with friends' pets. Vostu is without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

54. Vostu admits that Zynga Poker is a computerized version of the Texas Hold' Em poker game that allows users to play for virtual currency at a Zynga poker table with their friends. Vostu is without knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

55. Vostu is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

56. Vostu denies the allegations of this paragraph.

-6-

57.   Vostu denies the allegations of this paragraph.

58.   Vostu denies the allegations of this paragraph.

59.   Vostu admits that it launched MegaCity after Zynga launched CityVille.  Vostu admits that both are city-building games available through social networking websites and applications, including Facebook.  Vostu denies the remaining allegations of this paragraph.

60.   Vostu denies the allegations of this paragraph.

61.   Vostu admits that top bar in CityVille and MegaCity both contain a coin icon, a cash icon, an energy icon, a goods icon, and a level icon.  Vostu denies the remaining allegations of this paragraph.

62.   Vostu admits that CityVille and MegaCity both contain a move icon, a rotate icon, a remove icon, a tools icon, and a build icon.  Vostu denies the remaining allegations of this paragraph.

63.   Vostu admits that CityVille and MegaCity both contain building icons for new, housing, businesses, decorations, agriculture, shipping, community buildings, energy, and expansion.  Vostu denies the remaining allegations of this paragraph.

64.   Vostu denies the allegations of this paragraph.

65.   Vostu denies the allegations of this paragraph.

66.   Vostu denies the allegations of this paragraph.

67.   Vostu denies the allegations of this paragraph.

68.   Vostu denies the allegations of this paragraph.

69.   Vostu admits that Exhibit 18 appears to be a printout of an article about MegaCity.  Vostu denies the remaining allegations of this paragraph.

70.   Vostu denies the allegations of this paragraph.

71.   Vostu is without knowledge or information sufficient to admit or deny the allegations regarding Zynga's development of CityVille, and on that basis denies them.  Vostu denies the remaining allegations of this paragraph.

72.   Vostu admits that it made its games available on www.vostu.com and the Google-owned social networking website in Brazil, Orkut.  Vostu denies the remaining allegations of this

1  paragraph.

2      73.   Vostu admits the allegations of this paragraph.

3      74.   Vostu admits that in May 2011, it expanded its existing games MegaCity,

4  MiniFazenda, Café Mania, and Vostu Poker on the Facebook social networking platform.  Prior

5  to that, Vostu's games were available to users through Facebook Connect.  Vostu denies the

6  remaining allegations of this paragraph.

7      75.   Vostu admits that in the future, it intends to expand additional games to the

8  Facebook platform.

9      76.   Vostu admits that users can play and are playing its games in the United States,

10  including in this District.  Vostu denies the remaining allegations in this paragraph.

11      77.   Vostu incorporates by reference each and every response contained in the previous

12  paragraphs.

13      78.   Vostu is without knowledge or information sufficient to admit or deny the

14  allegations of this paragraph, and on that basis denies them.

15      79.   Vostu is without knowledge or information sufficient to admit or deny the

16  allegations of this paragraph, and on that basis denies them.

17      80.   Vostu denies the allegations of this paragraph.

18      81.   Vostu denies the allegations of this paragraph.

19      82.   Vostu denies the allegations of this paragraph.

20      83.   Vostu denies the allegations of this paragraph.

21      84.   Vostu denies the allegations of this paragraph.

22      85.   Vostu denies the allegations of this paragraph.

23      86.   Vostu denies the allegations of this paragraph.

24                          **AFFIRMATIVE DEFENSES**

25      Defendant asserts the following defenses without conceding the burden of proof as to any

26  particular defense:

27                          **First Affirmative Defense**

28      Plaintiff's claim is barred by the doctrine of scènes à faire.

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

**Second Affirmative Defense**

Plaintiff's claim is barred to the extent Plaintiff seeks to enforce rights in unprotectable ideas, procedures, processes, systems, methods of operation, concepts, principles, or discoveries.

**Third Affirmative Defense**

Plaintiff's claim is barred by the doctrine of merger.

**Fourth Affirmative Defense**

Plaintiff's claim is barred to the extent it seeks to enforce copyright in materials or elements that are not original to the Plaintiff.

**Fifth Affirmative Defense**

Plaintiff's claim is barred because it seeks to enforce copyright registrations in which it committed fraud on the Copyright Office by misstatements or omissions that were material to the registrations and material to the purpose for which the Plaintiff invokes the registrations in this action.

**Sixth Affirmative Defense**

Plaintiff's claim is barred by laches, estoppel, knowledge, consent, and acquiescence.

**Seventh Affirmative Defense**

Plaintiff's claim is barred by the doctrine of unclean hands.

**Eighth Affirmative Defense**

Plaintiff's claim is barred by the doctrine of implied license.

**Ninth Affirmative Defense**

Plaintiff's claim is barred because of copyright misuse.

**Tenth Affirmative Defense**

Plaintiff's claim is barred by the doctrine of fair use.

**Eleventh Affirmative Defense**

Plaintiff's claim is barred by the *de minimis* doctrine.

**Twenfth Affirmative Defense**

Plaintiff's claim is barred by the doctrine of independent creation.

-9-

1

**COUNTERCLAIMS**

2

Vostu hereby asserts the following counterclaims against Zynga.

3

**INTRODUCTION**

4

1.     This case is an effort by Zynga to extend its worldwide domination in online social

5

gaming by running a legitimate competitor off the road using illegitimate means.  Zynga has

6

targeted Vostu as a competitor, particularly in Brazil where Vostu has the largest share of the

7

social gaming market.  Vostu believes, and therefore alleges, that Zynga is trying to use this

8

litigation, which it announced to the press before it even complained to Vostu, to smear Vostu

9

with baseless infringement allegations and attack a rival just as Zynga seeks to enter that rival's

10

primary market.

11

2.     Zynga accuses Vostu of simply being too much like Zynga, by publishing games in

12

the same categories as Zynga, by engaging in philanthropic activities like Zynga, by incorporating

13

in Vostu's games certain features that are standard in the online social gaming industry that both

14

Zynga and Vostu share with other competitors, by modeling certain business attributes on Zynga,

15

and by adopting a red logo.  It accuses Vostu of being called "the Zynga of Brazil" by third

16

parties over whom Vostu has no control.  Zynga has not alleged, and cannot allege, that Vostu has

17

sought to deceive the marketplace or has pretended to be Zynga.  Zynga's allegations focus on an

18

array of specious points on which *Zynga* has no lawful enforceable rights against Vostu.  Zynga's

19

deceptive allegations are at their foundation a vicious effort to malign Vostu for competing with

20

Zynga.  Zynga has watched Vostu closely as a potential competitor for years, and it even

21

discussed a strategic relationship with Vostu beginning in August 2010.  The triggers for Zynga's

22

lawsuit at this point against Vostu are threefold:  (1) Zynga's entry into Brazil, where it intends to

23

displace Vostu as the leading gaming company on social networks; (2) Vostu's arrival on

24

Facebook, which Zynga claims as its exclusive turf; and (3) Zynga's initial public offering, where

25

Zynga must face probing and legitimate questions about barriers to entry in Zynga's market by

26

demonstrating its intent to demolish any potential competitor it may face.

27

3.     Zynga is the largest provider of online social games in the United States and much of

28

the English-speaking world.

-10-

4.      Zynga models its own games on those of others.  Its practice of integrating significant aspects of earlier game designs, game ideas, game elements, and game categories into its own business has attracted attention in the online social gaming world for years.

5.      Zynga's practice of copying from others' games has gained notoriety in the popular press as well.

6.      Last year, SF Weekly magazine did a profile article on Zynga.  The title of that article was "FarmVillains" and it bore the headline "Steal someone else's game.  Change its name.  Make millions.  Repeat."  Exhibit A to this Counterclaim is a copy of that article.

7.      In the article, a former Zynga employee recounted that, at a meeting with Zynga's CEO Mark Pincus, Pincus proclaimed "I don't [expletive deleted] want innovation. . . . You're not smarter than your competitor.  Just copy what they do and do it until you get their numbers."

8.      Now, Zynga accuses Vostu of copying Zynga's games.

9.      Zynga's allegations against Vostu are not just deeply cynical.  They also mask a fatal flaw in Zynga's case:  Zynga cannot claim copyright protection over material that Zynga did not originally create.

10.     The very elements of Zynga's games that Zynga says Vostu copied are not protectable elements that Zynga originally created.  They are, and have been, common in other games before Zynga added the elements into its games.

11.     Vostu's games exhibit significant differences in game stylistics, play, and features from those of Zynga's games.  Those differences reflect enormous independent creativity, effort, and skill by Vostu's game designers in developing novel games and in refining and improving those games based upon data from actual use by Vostu's users of those games and based upon the cultural and demographic differences in Brazil.

12.     Zynga in its Complaint has misleadingly cherry-picked a handful of alleged similarities between Zynga's games and Vostu's games, taking tiny portions and features out of the context of the companies' respective games and out of the context of a broad range of standard features that are common to, and indeed dictated by, game genres in which many companies compete with similar features.  The similarities that Zynga alleges do not flow from

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

1   Zynga's own original creative activities and copying by Vostu.  Instead they flow from common

2   game genres.  Genres, and game elements that are typical of, dictated by, inseparable from,

3   indispensable to, or standard features of those genres, are not subject to copyright protection

4   under United States law.

5          13.   Because Vostu's games are not legally substantially similar to Zynga's games, Vostu

6   is entitled to a declaration that it bears no liability to Zynga for copyright infringement.

7          14.   Zynga's Complaint uses numerous side-by-side comparisons to paint a picture of

8   Vostu copying what Zynga claims as Zynga's original copyrighted expression.  In fact, Zynga's

9   side-by-side pictures of isolated elements of the games are highly misleading and incomplete.  An

10  accurate comparison instead requires placing the elements in the context of numerous other

11  games of the same genres from multiple providers, many of which pre-date Zynga's own games.

12  The similar elements are standard features in those genres, as many games of other producers

13  show.  The complete picture demonstrates that the elements that Zynga portrays as its own are not

14  Zynga's original creations or a type of standard expression over which Zynga can claim copyright

15  protection.  Instead, the complete context shows the tremendous similarity of standard elements

16  across numerous games in a genre.

17         15.   In this Introduction, Vostu furnishes merely one example of Zynga's misleading

18  comparisons; it will address others in the specific claims of the Counterclaim.  For example,

19  Zynga included the following image comparison in its Complaint:

20            **Zynga's CityVille**                                    **Vostu's Mega City**



27         16.   Zynga also provided this image comparison to the press and rapidly disseminated it

28

-12-

1   worldwide through the Internet.

2       17.   What Zynga's Complaint did not reveal is that Zynga's CityVille game was not the

3   first online social game to use a city-building theme or the stylistic elements Zynga presented in

4   the Zynga CityVille image above.

5       18.   Before Zynga released CityVille, other online social game providers, including

6   Gamester and Playdom, had released city-building games.

7       19.   Images from those other city-building games, which preceded Zynga's, show

8   layouts, graphics, color schemes, information arrangements, and other visual elements that

9   demonstrate that the elements in the images in Zynga's Complaint that Zynga claims to be

10  proprietary to Zynga are not Zynga's original ideas or expression. To the contrary, these

11  elements are standard, well-accepted elements in the game genre.

12      20.   Below are images from six different city-building games in the marketplace, with the

13  names and introduction dates of the respective games.



14  **Playdom's Social City**          **Gamester's Townster**          **LIFO Interactive's Train**
    **(March 2010)**                   **(September 2010)**             **City (December 2010)**

21  **Zynga's CityVille**              **Vostu's MegaCity**             **Que Pasa's Cidade**
    **(December 2010)**                **(April 2011)**                 **Maravilhosa (May 2011)**

27      21.   As these images reflect, online social games within an established genre can at first

28

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

blush look very similar.  But a closer look reveals that the similarity stems from stock elements that are as a practical matter typical of, dictated by, inseparable from, indispensable to, or a standard treatment of games in a genre.

22.   In this case, Zynga seeks to appropriate to itself numerous elements of various game genres that it did not originally create.  It claims exclusive and preclusive rights in those elements and features, even though it is not entitled to.  It wrongly claims them in an unlawful effort to thwart a credible competitor and to protect its own dominant position.

23.   Vostu, through these counterclaims, asks this Court (a) to rebuff Zynga's effort to claim preclusive rights in what it did not originate, (b) to stop Zynga's efforts to claim copyright protection over non-protectable elements, and (c) to protect Vostu, as a lawful competitor, against Zynga's overreaching claims.

## **THE PARTIES**

24.   The Defendants and Counterclaim Plaintiffs in this case are Vostu USA, Inc., Vostu LLC, and Vostu Ltd., which these Counterclaims refer to together as "Vostu." Vostu USA, Inc. is a Delaware corporation with its principal place of business in New York, New York.  Vostu LLC is a Delaware limited liability company.  Vostu, Ltd. is an exempted company formed under the laws of the Cayman Islands.

25.   Vostu believes and therefore alleges that Zynga is a Delaware corporation and has its principal place of business in San Francisco.

## **JURISDICTION AND VENUE**

26.   Vostu brings its counterclaim for declaratory relief pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201(a), and the Copyright Act, 17 U.S.C. §§ 106 and 501.

27.   This Court has subject matter jurisdiction over Vostu's counterclaim pursuant to 28 U.S.C. §§ 1331 and 1338.

28.   Venue is proper in this District because Zynga is subject to personal jurisdiction within it.

-14-

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

## **FACTUAL ALLEGATIONS**

### **The Social Gaming Industry**

29.   In only a few years, the online social gaming industry has grown worldwide at an exciting and exponential rate.  Ten years ago, there was no market for online social games.  Today, more than half a billion people play online social games worldwide.

30.   Online social games are casual games that users can play on any number of social networks like Facebook, MySpace, and Orkut (the largest social media platform in Brazil).  While playing the games, users can interact with their friends who are also playing the game.  Users can earn virtual money through game play, and they can use that virtual money to buy virtual goods within the games.  Users also can use real world currency to buy virtual goods.

31.   There are a variety of popular game genres in the online social game world.  Common genres include farming games, restaurant management games, city-building games, pet care games, aquarium games, poker games, sports games, and mafia games.  Each genre of games has numerous stock elements that many different game developers include in their games of that genre.  Zynga is no exception.

### **Vostu and Its Success in the Brazilian Social Gaming Market**

32.   Vostu is the market leader for social gaming in Latin America.

33.   Vostu is the leading game developer on Orkut, Brazil's most popular social networking platform.

34.   From 2009 to the present, Vostu has grown from 1.3 million registered users to more than 35 million registered users.

35.   Vostu did not achieve its success overnight.  Its work force – now numbering more than 500 dedicated, talented, and passionate programmers, game developers, data analysts, and statisticians in Buenos Aires, São Paulo, and New York – has worked tirelessly for nearly two years to develop highly innovative and hugely popular games.

36.   Vostu launched its first online social game – a soccer game called Joga Craque – on Orkut in May 2009.  This is a role-playing game that allows the player to bring up a soccer player from obscurity into the Brazilian national team.  More than two years later, Joga Craque remains

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

one of the most popular soccer games in the Brazilian market.

37. MiniFazenda, a farming game by Vostu launched in November 2009, continues to be one of the most popular games in Brazil. In early April 2011, Vostu asked users to tweet about their game play in MiniFazenda, and "MiniFazenda" immediately became one of the most "trending" topics on Twitter in Brazil. "Trending" is a measure for the momentary importance of a topic on the Twitter network.

38. Vostu has combined the experience, intellect and creative energies of its leadership team with its dedicated employees to develop a sophisticated and leading understanding of the gaming market.

39. Vostu has introduced games in some well-established genres – farming, restaurant management, pet care, poker, and city-building – but Vostu's games are not just static games that are released and never changed. Instead, Vostu continually refreshes the content of its games. Vostu releases new items, creates new narratives, and programs new functionality and game play for game users at least weekly, and often daily.

40. Moreover, Vostu has become a market leader, in part, due to its unparalleled ability to "localize" its games. In other words, Vostu develops innovative features and mechanics for its games that are tailored to the particular cultural and social demographics of its users, who up to this point have largely been in South America.

41. To improve its games and to tailor them to the local population, Vostu regularly surveys its users. It studies what aspects of the games are most attractive to its users and it plans future developments for the games based on that analysis. In addition to surveying users, Vostu studies data about user activity in the games. It uses that information to improve its games.

42. Vostu's games are designed to allow users to play them with any social networking account, and with their friends across social networks. This is uncommon for games in the online social games industry.

43. With these efforts, Vostu has grown in popularity through exciting games that attract and retain dedicated users who have made Vostu famous by word of mouth. Although there are many competitors in each game category, few have achieved the level of success that Vostu has

-16-

achieved in Brazil. Vostu is strategically positioned to launch into as-yet largely untapped social gaming markets throughout South America and throughout the Spanish- and Portuguese-speaking world.

44. As a result, Vostu successfully raised approximately $50 million in venture financing from some of the most respected venture capital firms, specifically Accel Partners, Tiger Global, Intel Capital, and General Catalyst.

45. Vostu believes and therefore alleges that Zynga now aims to develop the Brazilian market for its games.

46. Vostu believes and therefore alleges that, before February 2011, Zynga did not have a Portuguese-language game on any social network and did not market its games in Brazil.

47. Vostu believes and therefore alleges that Zynga seeks to displace Vostu from the top of the social gaming market in Brazil.

48. Vostu believes and therefore alleges that Zynga launched its most popular game in Portuguese around February 2011.

49. Vostu believes and therefore alleges that Zynga began marketing its games in Brazil in February 2011.

50. Vostu believes and therefore alleges that Zynga has struggled to gain any real success or traction in Brazil thus far.

**Zynga's Global Dominance of Social Games Outside Brazil by Copying Its Competition**

51. Outside Brazil, Zynga dominates the global social gaming market.

52. Zynga did not begin its path to market dominance through creative game-making and innovation. In fact, Vostu believes and therefore alleges that Zynga explicitly discourages innovation by its game designers and did so during the period when it achieved market domination.

53. Instead, Vostu's believes and therefore alleges that Zynga's path to market dominance started with its adeptness at watching the marketplace for a successful social game from a smaller competitor, playing and evaluating that game, and then releasing its own game that closely followed the predecessor game.

-17-

54.   Zynga did this early on with its Mafia Wars game, released in August 2008.  Mafia Wars closely resembled Psycho Monkey's Mob Wars game, which was released in February 2008.

55.   In 2009, Mob Wars developer Psycho Monkey sued Zynga for copying its Mob Wars game.  Exhibit B is a copy of an article by TechCrunch that describes the case, which is also available at http://techcrunch.com/2009/02/14/mob-wars-creator-sues-zynga-for-copyright-infringement/.

56.   Vostu believes and therefore alleges that Zynga settled the litigation filed by Psycho Monkey.

57.   Nevertheless, from 2009 to the present, Vostu believes and therefore alleges that Zynga's Mafia Wars has had more users than Psycho Monkey's Mob Wars.

58.   After Mafia Wars, Zynga built and released FarmVille, which closely followed Slashkey's FarmTown, SocialApps' myFarm, and various farming games from China.

59.   Vostu believes and therefore alleges that Zynga cross-promoted FarmVille to its users playing Mafia Wars, which had continued to grow in popularity since its launch in 2008.

60.   Zynga cross-promotes its games through a cross-promotional tool bar that runs at the top and/or bottom of the game and displays a graphic icon for each of Zynga's other games.  The user can click on that icon and be transferred to the other game.  Zynga also cross-promotes its games through in-game promotions.  For example, a person playing Mafia Wars might get a special limited edition pistol decorated with a barn if he signs up to play FarmVille.

61.   Shortly after its release, FarmVille became the most popular game on Facebook.

62.   Vostu believes and therefore alleges that within a month, FarmVille had more monthly active users than FarmTown.  Monthly active users ("MAUs") are a measure of the number of people playing a game each day.  It is to social gaming what Nielsen ratings are to television shows.

63.   Vostu believes and therefore alleges that within a month of FarmVille's release, FarmTown saw a decrease in MAUs.

64.   Vostu believes and therefore alleges that in October 2009, Zynga released Café

-18-

World, which closely resembled Playfish's Restaurant City.

65.   Vostu believes and therefore alleges that Zynga cross-promoted Café World to its users on Mafia Wars and FarmVille.

66.   Vostu believes and therefore alleges that within one month, Café World had more MAUs than Playfish's Restaurant City.

67.   Vostu believes and therefore alleges that after Café World's launch, Restaurant City saw a decrease in MAUs.

68.   Vostu believes and therefore alleges that in November 2009, Zynga launched its game FishVille, which closely resembled Crowdstar's Happy Aquarium.

69.   Vostu believes and therefore alleges that Zynga cross-promoted FishVille to its users on Mafia Wars, FarmVille, and Café World.

70.   Vostu believes and therefore alleges that within one month, FishVille had more MAUs than Crowdstar's Happy Aquarium.

71.   Vostu believes and therefore alleges that after FishVille's launch, Happy Aquarium saw a decrease in monthly active users.

72.   Vostu believes and therefore alleges that in December 2009, Zynga launched its game PetVille, which closely resembled Playfish's Pet Society.

73.   Vostu believes and therefore alleges that Zynga cross-promoted PetVille to its users on Mafia Wars, FarmVille, Café World, and FishVille.

74.   Vostu believes and therefore alleges that within one month, PetVille had more MAUs than Playfish's Pet Society.

75.   Vostu believes and therefore alleges that after PetVille's launch, Pet Society saw a decrease in MAUs.

76.   With each of its early games that closely followed predecessor games, Zynga's market dominance grew.  It continued to cross-promote each new game with its larger and larger user base.

77.   Vostu believes and therefore alleges that with the money Zynga received from these early games, plus its venture capital infusion, Zynga also began to spend a tremendous amount of

-19-

money advertising on Facebook to attract new users.

78.   This pattern, built on early games that "cloned" rival games, led to Zynga's early market dominance.

79.   Numerous articles such as the "FarmVillains" article in Exhibit A (discussed above at Paragraphs 6 -7) described Zynga's early growth through the practice of "cloning" its rivals' games.

80.   Business Insider published an article in January 2010 with the title "Zynga's Secret to Success:  Steal Great Ideas." It contained a slide show with side-by-side comparisons of Zynga's most popular games and the similar-looking games that preceded Zynga's games. Exhibit C is a copy of the article, which resides on the Web at http://www.businessinsider.com/how-zynga-is-just-like-microsoft-2010-1#.

81.   Zynga's practice of borrowing ruthlessly from its competitors as described above left Zynga with a controversial reputation in the gaming industry.

**Zynga's Use of Discussions with Vostu About a Strategic Relationship, Which Gleaned**

**Competitive Information**

82.   One way that Zynga has grown to its dominant position is by buying up the competition.

83.   A May 31, 2011 investment research report by Cowen & Co. on Facebook gaming states: "Zynga has established an utterly dominating market share position in the space and appears poised to extend it through a very aggressive acquisition strategy (14 transactions in the last year)."

84.   Zynga's reputation for acquiring smaller companies may encourage erstwhile competitors to share their secrets during acquisition talks.  Vostu believes and therefore alleges that Zynga has a history of using acquisition discussions with competitors for improper purposes.

85.   On June 17, 2011, an online social gaming company called SocialApps filed a complaint against Zynga in the Central District of California.  The case is *SocialApps LLC. v. Zynga, Inc.*, No. CV11-00919-cjc (C.D. Cal.).

86.   SocialApps' complaint alleges that Zynga professed interest in learning about and

-20-

1    potentially acquiring SocialApps.

2         87.   SocialApps' complaint alleges that Zynga used the acquisition process in May 2009

3    to wrongfully appropriate confidential source code for SocialApps' game "myFarm."

4         88.   SocialApps' complaint further alleges that Zynga used that source code in its

5    subsequently released farming game, "FarmVille."

6         89.   SocialApps alleges that Zynga thereafter terminated all communication and within

7    months launched FarmVille using SocialApps' source code for myFarm.

8         90.   As discussed above, once Zynga launched FarmVille, Vostu believes and therefore

9    alleges that Zynga leveraged its large user base and FarmVille quickly overtook myFarm and all

10   other farming games in the market in terms of metrics measuring use.

11        91.   Vostu thus believes and therefore alleges that Zynga similarly entered talks with

12   Vostu under the guise of starting a strategic relationship to learn about the Brazilian social

13   gaming market, gained information from Vostu, promptly thereafter released its own competing

14   games in Brazil, and then launched this litigation and its accompanying press campaign to

15   compete unfairly against Vostu.

16                          ***Communications in August 2010***

17        92.   In August 2010, Peter Grassi, in corporate development at Zynga, initiated contact

18   with Vostu's chief executive officer Daniel Kafie to learn more about the company and its online

19   social games.

20        93.   Specifically, on August 3, 2010, Grassi wrote to admin@vostu.com: "Greetings, Can

21   you please pass my note along to Daniel Kafie so I may get in touch?  Regards, Peter Grassi,

22   Corporate Development, Zynga."

23        94.   On August 11, 2010, Grassi wrote to Kafie, copying Terence Fung of Zynga, and

24   said: "Hello Daniel, We enjoyed speaking with you today and look forward to next steps.  Let's

25   lock in a date for your visit to our studio in San Francisco when you have had time to look into

26   your calendar.  As a side note, I will be out of the office the next couple days but I have copied

27   Terence on this email.  Terence was of course also on the call and is the head of our Corp Dev

28   function.  Regards, Peter."

95.   During the August 11, 2010 conversation with Kafie and the follow-up emails, neither Grassi nor Fung mentioned or expressed any concern about Vostu's games or any purported similarity to Zynga's games.

### Communications in the Fall of 2010

96.   In September and October 2010, there were communications between David Wehner, chief financial officer of Zynga, and Stan Shuman, Vostu's banking representative at Allen & Company.

97.   Vostu believes and therefore alleges that at no point during the September and October 2010 communications between Wehner and Shuman did Wehner mention or express any concern about Vostu's games or any purported similarity to Zynga's games.

### Communications in December 2010 and January 2011

98.   On December 7, 2010, Fung sent an email to Kafie with the subject "re: next steps with Zynga." Fung said "Hey Daniel, congrats on the financing! Are you free later this week / early next week for a call? Best, Terence."

99.   In the December 7, 2010 email, Fung expressed nothing to Kafie about any purported similarity between Zynga's games and Vostu's games.

100.   On January 13, 2011, Shuman talked to Wehner by telephone. Wehner suggested that representatives from Zynga and Vostu meet at Zynga's offices in California at the end of January.

101.   During the January 13, 2011 call, Wehner said nothing to Shuman about any purported similarity between Zynga's games and Vostu's games.

102.   Around the same time, Wehner sent a message to Tahiana D'egmont, Vostu's chief marketing officer, through the professional network website LinkedIn, and asked to connect. Wehner expressed nothing in that message to D'egmont about any purported similarity between Zynga's games and Vostu's games.

### The January 31, 2011 Meeting Between Vostu and Zynga

103.   Kafie (founder and chief executive officer), Mario Schlosser (founder and chief scientific officer), Matias Recchia (chief operating officer), and Josh Kushner (founder) from

-22-

1    Vostu met with Brian Taptich (vice president of international development), Wehner (chief

2    financial officer), Owen Van Natta (executive vice president of business operations), and Fung

3    (head of corporate development) from Zynga on January 31, 2011.

4        104.  Kafie, Schlosser, Recchia, Kushner, Taptich, Wehner, Van Natta, and Fung met at

5    Zynga's offices in San Francisco.

6        105.  The meeting lasted approximately two hours.

7        106.  Vostu believes and therefore alleges that the Zynga team in attendance at the January

8    31, 2011 meeting had responsibility at that time for acquisitions and business development.

9        107.  During the January 31, 2011 meeting, there was discussion of Vostu's games.

10       108.  Vostu believes and therefore alleges that during the January 31, 2011 meeting,

11   Zynga's attendees were aware of MiniFazenda, Vostu Poker, Pet Mania, and Café Mania.

12       109.  During the January 31, 2011 meeting, Zynga's chief financial officer Wehner

13   mentioned several Vostu games by name.

14       110.  During the meeting, Zynga's executives asked who at Vostu made the final decision

15   on games and game design.

16       111.  In response, Vostu's management team explained that product managers work

17   autonomously, but that Mario Schlosser and the chief creative officer have the ultimate say.

18       112.  Schlosser was in attendance at the January 31, 2011 meeting.

19       113.  Nobody at the meeting expressed any concern to Schlosser about any purported

20   similarity between Vostu's games or game design and Zynga's games or game designs.

21       114.  During the January 31, 2011 meeting, there was discussion of the Brazilian social

22   gaming market.

23       115.  Zynga's Bryan Taptich specifically asked Vostu's management team what they

24   would do to enter the Brazilian market if they were Zynga.

25       116.  Vostu's team told Zynga about how Vostu tailors its games specifically to a local

26   demographic, which Vostu believes is different than what anyone else in the social gaming world

27   does.  Zynga told Vostu during the meeting that they thought Vostu was good at this

28   "localization" in Brazil and that it was something Zynga did not do.  Zynga asked Vostu if Vostu

-23-

would be interested in becoming Zynga's international arm to run all of Zynga's international operations.

117. "Localization" is how a company adapts its games to the local demographics and culture.  It is more than translating the games into that country's specific language.  Instead, it is adapting the games to the lifestyle, game-play patterns, and culture of the population.  For example, MegaCity has a feature that involves one of the most popular musicians in Brazil. Further, the content of Vostu's games differs by country.  MegaCity in Mexico has different content and functionality than MegaCity in Brazil.

118. At the January 31, 2011 meeting, Vostu discussed its localization strategies with Zynga.

119. To that end, Zynga's executives said during that meeting that they would be interested in acquiring Vostu and using Vostu to build Zynga's international operations from the ground up so that Zynga could offer truly localized games not only in Latin America, but also in the rest of the world.

120. During the January 31, 2011 meeting, Zynga specifically praised the Vostu management team for building a highly skilled and effective local workforce in South America.

121. During the January 31, 2011 meeting, there was discussion of Vostu's development methodology.

122. During the January 31, 2011 meeting, there was discussion of Vostu's financials.

123. During the January 31, 2011 meeting, Zynga's team told Vostu's team how impressed they were with Vostu.

### Zynga Never Alleged Copying by Vostu in Its Communications with Vostu.

124. At no point before or during the January 31, 2011 meeting did anyone from Zynga express any allegation that Vostu was copying Zynga's games.

125. At no point before or during the January 31, 2011 meeting did anyone from Zynga express any concern about any similarities between Vostu's games and Zynga's games.

126. After the January 31, 2011 meeting, Zynga representatives continued to communicate with Vostu.

-24-

1    127. In the communications between Vostu representatives and Zynga representatives

2    after January 31, 2011 and up to the time of the filing of the Complaint in this action, no Zynga

3    representatives mentioned to anyone from Vostu any alleged copyright violations.

4    128. On February 2, 2011, Wehner wrote to Vostu: "Thanks for coming in.  It was great

5    to meet you guys as well.  Brian Taptich is going to be point in exploring what we might do

6    together.  Best, Dave."

7    129. Vostu believes and therefore alleges that on or about February 4, 2011, Zynga

8    launched all of its Facebook games in Portuguese.

9    130. On February 7, 2011, Zynga's Taptich wrote to Vostu: "Guys: Very glad to be

10   connected.  We are still planning a trip to Buenos Aires and Sao Paolo in March (exact dates

11   TBA) – seems logical next step would be to see your operations down there.  Will keep you

12   posted as plans come together, and let me know if you will be in SF in the meantime…Tap."

13   131. As of that February 7, 2011 email, over the ten months that Zynga and Vostu

14   explored cooperation and collaboration, no one from Zynga had mentioned any alleged copyright

15   infringement to anyone from Vostu.

16   132. Zynga personnel continued to approach Vostu in March 2011 to try to further

17   discussions about working together.

18   133. Zynga personnel scheduled a trip to visit Vostu's facilities in South America in

19   March 2011.

20   134. In the meantime, Vostu discovered that Zynga had launched its games in Portuguese

21   following its January and February communications and meetings with Vostu, and that Zynga had

22   hired one of Vostu's ex-employees to run Zynga's Brazilian operations.

23   135. Vostu cancelled Zynga's trip to visit Vostu's South American facilities at the end of

24   March 2011 and stopped communicating with Zynga.

25                    **Zynga Declares War in the Press with No Notice to Vostu**

26   136. On June 16, 2011, Zynga issued a press release announcing its litigation against

27   Vostu.

28   137. Vostu believes and therefore alleges that Zynga sent a copy of the Complaint to the

-25-

1     online publication TechCrunch (www.techcrunch.com).

2         138. On June 16, 2011, TechCrunch published a story entitled, "WAR! Zynga Sues the

3     Hell Out of Brazilian Clone Vostu."

4         139. The TechCrunch article attached Zynga's Complaint in this action, a video that is

5     exhibit 1 to that Complaint, and all hard copy exhibits.

6         140. The TechCrunch article promptly appeared in media outlets around the world.

7         141. Vostu believes and therefore alleges that Zynga engaged in a coordinated strategy to

8     cause the proliferation of negative press stories about Vostu simultaneous with the filing of

9     Zynga's Complaint.

10         142. Before June 16, 2011, no one from Zynga had ever told Vostu that Vostu's games

11     infringed Zynga's copyrights.

12        **The Features and Elements that Zynga Seeks to Enforce Are Not Zynga's Original**

13                        **Creations That Are Enforceable Against Others.**

14         143. Zynga suggests that it created and somehow "owns" the concepts of farming, city-

15     building, restaurant management, pet care, and poker games on a social network.

16         144. That suggestion or claim rests on a false premise that Zynga originated these game

17     genres. It did not.

18         145. Zynga provided a selective and highly misleading comparison of Zynga's games and

19     Vostu's games in its Complaint.

20

21

22

23

24

25

26

27

28

146. This is the chart Zynga included in Paragraph 57 of its Complaint:



| Zynga | | Vostu | |
|---|---|---|---|
| **Game** | **Launch Date** | **Game** | **Launch Date** |
| FARMVILLE | June 2009 | MINI FAZENDA (Mini Farm) | January 2010 |
| zynga poker | May 2009 | VOSTU POKER | April 2010 |
| (game) | December 2009 | PET mania | April 2010 |
| Café World | September 2009 | CAFÉ MANIA | May 2010 |
| CityVille | December 2010 | MEGACITY | April 2011 |

147. The following chart shows relevant facts that Zynga avoided.  The center and right columns in the following chart are identical to the chart included in Paragraph 57 of Zynga's Complaint (except that some of the launch dates are edited for accuracy).  The column on the left shows that for each of the games that Zynga alleges Vostu wrongfully copied, games in that genre were already in the marketplace when Zynga launched its games.  The images appear with the names and introduction dates of their respective games.

| Examples of Pre-Zynga Games | Zynga | Vostu |
| --- | --- | --- |
| FarmTown (April 2009)<br><br>Barn Buddy (May 2009)<br> | FarmVille  (June 2009)<br> | MiniFazenda (December 2009)<br> |
| Poker Stars (2000)<br><br>Party Poker (2001)<br> | Zynga Poker (September 2008)<br> | Vostu Poker (August 2010)<br> |

-28-

| Examples of Pre-Zynga Games | Zynga | Vostu |
|---|---|---|
| Pet Society (September 2008)  Super Poke Pet (March 2009)  Happy Pets (November 2009)  | PetVille  (December 2009)  | Pet Mania (November 2010)  |
| Restaurant City (April 2009)  | Café World  (September 2009)  | Café Mania (May 2010)  |

-29-

| Examples of Pre-Zynga Games | Zynga | Vostu |
|---|---|---|
| My Town (November 2009)  My City Life (January 2010)  Social City (March 2010)  | CityVille (December 2010)  | Mega City (April 2011)  |

148.  More specifically, Zynga alleges that Vostu copied several features of Zynga's games, including game plots, blocky-style characters, images of buildings and other game assets, icons, and icon arrangement.  None of the features or elements that Zynga complains of is original to Zynga or otherwise something over which Zynga can claim robust copyright protection.

**Breakdown of Zynga's Specious Allegations**

***Restaurant Management Games***

149.  Zynga claims that Vostu's Café Mania copied Zynga's Café World.

150.  Both Vostu's Café Mania and Zynga's Café World are restaurant management games.

151.  Restaurant management games are a popular genre of online social games.

152.  Playfish's Restaurant City was the first popular restaurant management online social

-30-

1   game.

2       153.  Playfish's Restaurant City preceded Zynga's Café World in the market.

3       154. Following the release of Playfish's Restaurant City, numerous companies released

4   restaurant management games.

5       155. In Playfish's Restaurant City, the user was represented by an avatar that the user

6   could customize to wear different clothes and have different looks.  The user's avatar was a chef

7   in the game who prepared food for virtual customers, who were represented by the user's

8   "friends" on the social network.  In addition to "serving" friends in the restaurant, the user could

9   decorate the restaurant with different wallpaper, floor tiles, tables, chairs, etc.  A player could

10  earn virtual money within the game by playing the game, or he could bypass hours of game play

11  and pay real world money for virtual money to use.  The virtual money could be used to buy

12  special decorations for the restaurant or avatar, for example.  Within the game, a user could

13  "visit" friends' neighboring restaurants to see their décor.

14      156. Zynga released its Café World after Playfish's Restaurant City.

15      157. Like Playfish's Restaurant City, Zynga's Café World also had a customized avatar

16  chef; social network friends visiting the café as diners; customized decoration options for the

17  restaurant; the ability to visit friends' cafes; a "buzz" rating which is determined by how many

18  customers the user serves successfully, and which determines how many customers walk into the

19  user's café; a cookbook which allows the user to unlock new dishes as the game progresses; and

20  the ability to acquire virtual money through game play or by paying real world money.

21      158.  Vostu believes and therefore alleges that the team that developed Zynga's Café

22  World viewed Playfish's Restaurant City during the time it was developing Café World.

23      159.  Currently, there are more than ten online social games in the restaurant management

24  genre, including Zynga's Café World and Vostu's Café Mania.

25      160.  Not surprisingly, they all have tables and chairs, chef avatars, menus for selecting

26  items to cook, a variety of items on the menu, and customers who walk into the café and leave

27  dissatisfied if they are not served promptly.  These options are typical of, dictated by, inseparable

28  from, indispensable to, or a standard treatment of the idea of a restaurant management game.

161. Zynga claims that Café Mania "copies and reproduces Café World's decoration and design, as well as its blocky-style characters, art assets, icons, furniture design, information arrangement and icon arrangement."

162. None of the features or elements that Zynga complains of is original to Zynga or otherwise something over which Zynga can claim robust copyright protection.

163. Paragraph 66 of Zynga's Complaint includes an alleged side-by-side comparison of a full screen café image from Zynga's Café World and Vostu's Café Mania. Here is the comparison included in Zynga's Complaint:

**Zynga's Café World**                    **Vostu's Café Mania**

 

164. These images, like those of the city-building game referenced above, appeared in press coverage that Zynga seeded and broadcast around the world. What Zynga failed to show in its Complaint was the similarity of many of the restaurant management games starting with Playfish's Restaurant City, all of which have similar decoration and design options, blocky-style characters, art assets, icons, furniture design, etc. This similarity is reflected in the following screenshots from restaurant management games, identified by names and introduction dates of the respective games.

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

**Playfish's Restaurant City**
**(April 2009)**





**Zynga's Café World (Sept. 2009)**



**Vostu's Café Mania (June 2010)**



**You Dong Network's Café Time**
**(November 2010)**



**Metrogames's Tea4Friends**
**(June 2011)**



165. Where there are similarities between Zynga's Café World and Vostu's Café Mania, they are common to many restaurant management online social games.

166. For example, one of the entertaining aspects of restaurant management games in general is the ability to decorate and "customize" a user's café.

167. A user in most restaurant management games can choose, for example, different colors of wallpaper, different floor tiles, and different window shapes.

-33-

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

168. Currently, Café Mania's customization feature for a user's café has a choice of 116 different tables, 116 different chairs, 73 different doors, 73 different windows, 108 different floor tiles, 107 different wallpapers, 52 different stoves, 39 different counters, and 592 other decorations, totaling 1,276 items for purchase.  With so many items, it is not surprising that some decorative options are similar to items available in other restaurant management games like Zynga's Café World.

169. Though many restaurant management games are built with the same basic standard elements, games like Vostu's Café Mania rise to the top and maintain their popularity because Vostu continuously introduces new features, themes, mechanics, and promotions within its games; pays careful attention to its users; provides top-notch customer service; and localizes the content to the cultural and demographic preferences of its users.  Café Mania at the time of its launch looks nothing like Café Mania now.

170. For example, in Paragraph 66 of the Complaint, Zynga suggests that Vostu has infringed upon a mohawk hairstyle available in the avatar customization menu for Zynga's Café World.

171. All popular restaurant management games on Facebook allow the user to customize his or her avatar with different hair, skin tone, clothes, and other decorations.

172. Playfish's Restaurant City provided customized hairstyles for avatars months before Zynga launched Café World with that feature.

173. Specifically, Playfish's Restaurant City has a "mohawk" hairstyle.

174. Vostu believes and therefore alleges that Zynga's Café World design team looked at Restaurant City's hairstyles when coming up with ideas for hairstyles in Café World.

175. Vostu's Café Mania built an avatar customization feature with its own innovations and localized content.

176. To allow a broader array of avatar customization, Café Mania now has seventy-five different "hairstyle" choices for its avatar customization feature.

177. In contrast, Zynga's Café World and Playfish's Restaurant City have approximately fifteen hairstyle choices each.

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

1  178. It is not surprising that among the seventy-five different options, Café Mania

2  included a mohawk.

3  179. Below are examples of hair choices available in Café Mania, Restaurant City, and

4  Café World:

5
**Examples of Vostu's Café Mania Hair Choices**



**Examples of Playfish's Restaurant City Hair Choices**



**Examples of Zynga's Café World Hair Choices**



22  180. The wide selection of avatar customization features is just one example of Vostu's

23  innovation in Café Mania.

24  181. Further, Zynga's Complaint cherry-picks examples of icons to "compare" in

25  Paragraph 66.   These icons are common and obvious representations of items that are entitled to

26  minimal, if any, protection and if so, only to the extent that they reflect Zynga's original creative

27  expression.  If they show anything, these images show how similar Zynga's own Café World is to

28  its predecessor, Playfish's Restaurant City.

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

1

*Clothing Icons*

2          182. In Paragraph 66 of the Complaint, Zynga suggests that Vostu has infringed with its

3     use of a clothing icon to link to the avatar customization menu for Zynga's Café World.

4          183. Zynga includes the following images to suggest copying by Vostu:

5     **Zynga's Café World**                    **Vostu's Café Mania**

6
7
8                          
9
10

11          184. Zynga's Complaint neglects to mention the use of a clothing icon in Restaurant City.

12          185. Playfish's Restaurant City provided a clothing icon to link to its avatar customization

13     menu months before Zynga used a similar icon in Café World.

14          186. Playfish, Zynga, and Vostu employ the following icons to link to the avatar

15     customization menu, shown with names and introduction dates of their respective games:

16     **Playfish's Restaurant City**      **Zynga's Café World**      **Vostu's Café Mania**
       **(April 2009)**                    **(September 2009)**         **(May 2010)**
17
18
19                                        
20
21
22

23          187. Restaurant management games commonly feature an avatar (i.e., a character

24     representing the game player).

25          188. In such games, the player commonly can modify the appearance of the avatar,

26     including by changing the clothing the avatar is wearing.

27          189.  Using an icon that looks like an article of clothing to represent this functionality is

28
                                              ANSWER AND COUNTERCLAIMS
                                              CASE NO. CV 11-2959 EJD

typical of, dictated by, inseparable from, indispensable to, or a standard treatment of the idea of an icon that allows players to access functionality for changing their clothes.

190. Any similarity between Zynga's clothing icon and Vostu's clothing icon relates to aspects of design that are not protectable by Zynga.

191. The Playfish clothing icon depicted in Paragraph 186 above preceded the Zynga clothing icon in the marketplace.

192. Vostu believes and therefore alleges that the creator of the Zynga clothing icon viewed the Playfish clothing icon before finalizing the Zynga clothing icon.

*Menu Icons*

193. In Paragraph 66 of the Complaint, Zynga suggests that Vostu has infringed upon a menu icon for selecting food to prepare in Zynga's Café World. Zynga includes the following images to suggest copying by Vostu:

**Zynga's Café World**  **Vostu's Café Mania**



194. Zynga's Complaint neglects to mention the use of a menu icon in Playfish's Restaurant City.

195. Playfish's Restaurant City provided a menu icon for selecting food months before Zynga launched Café World with that icon.

196. The menu icons for selecting food within all three games are as follows; they appear with the names and introduction dates of the respective games.

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

**Playfish's Restaurant City**
**(April 2009)**

**Zynga's Café World**
**(September 2009)**

**Vostu's Café Mania**
**(May 2010)**





197. Restaurant management games such as Café Mania, Restaurant City, and Café World feature the ability to cook different kinds of food.

198. This functionality is typical of, dictated by, inseparable from, indispensable to, or a standard treatment of the idea of a restaurant management game.

199. Using an icon that looks like a menu to represent this functionality is typical of, dictated by, inseparable from, indispensable to, or a standard treatment of the idea of an icon that allows players to access a selection of different kinds of food to prepare within the game.

200. Any similarity between Zynga's menu icon and Vostu's menu icon relates to aspects of design that are not protectable by Zynga.

201. The Playfish menu icon depicted in paragraph 196 above preceded the Zynga menu icon in the marketplace.

202. Vostu believes and therefore alleges that the creator of the Zynga menu icon viewed the Playfish menu icon before finalizing the Zynga menu icon.

*Function Icons*

203. In Paragraph 66 of the Complaint, Zynga suggests that Vostu has infringed upon a function icon in Zynga's Café World. Zynga includes the following images to suggest copying by Vostu:

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

**Zynga's Café World**          **Vostu's Café Mania**

          

204. Zynga's Complaint neglects to mention the use of a function icon in Playfish's Restaurant City.

205. Playfish's Restaurant City provided a functional icon months before Zynga launched Café World with that icon.

206. The three games use the following icons to access what the games all refer to (in English or Portuguese) as "functional" options; they appear with the names and introduction dates of the respective games.

**Playfish's Restaurant City**      **Zynga's Café World**        **Vostu's Café Mania**
**(April 2009)**                    **(September 2009)**          **(May 2010)**

                    

207. Any similarity between Zynga's function icon and Vostu's function icon relates to aspects of design that are not protectable by Zynga.

208. The Playfish "functional options" icon depicted in paragraph 206 above preceded the Zynga "functional options" icon in the marketplace.

209. Vostu believes and therefore alleges that the creator of the Zynga "functional options" icon viewed the Playfish "functional options" icon before finalizing the Zynga "functional options" icon.

210. Menu items that allow users to change settings are traditionally symbolized by a gear

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

1  or gears, including on Google's search engine ("Options"), Apple's iPhone ("Settings") and

2  Microsoft's Internet Explorer browser ("Tools").

3  *Furniture Design*

4  211.  In Paragraph 66 of the Complaint, Zynga alleges that Vostu copied the 1950s diner

5  chair from Zynga's Café World.  Zynga includes the following images to suggest copying by

6  Vostu:

7  **Zynga's Café World**          **Vostu's Café Mania**

8

9

10

11

12  212. Zynga's Complaint neglects to mention the use of a 1950s diner chair in Playfish's

13  Restaurant City.

14  213. In fact, Playfish's Restaurant City had a 1950s diner chair when it was released

15  months before Zynga's Café World.

16  214.  The following examples are chairs available in Restaurant City, Café World, and

17  Café Mania, with names and introduction dates of the respective games:

18  **Playfish's Restaurant City**      **Zynga's Café World**      **Vostu's Café Mania**
    **(April 2009)**                    **(September 2009)**         **(May 2010)**

19

20

21

22

23

24  215. Cafés and restaurants commonly have chairs.

25  216. 1950s style chairs are distinctive in design.

26  217. 1950s style chairs are common in restaurant and café décor.

27  218. Restaurant management games such as Playfish's Restaurant City, Zynga's Café

28  World, and Vostu's Café Mania commonly feature the ability to select various chairs to decorate

-40-

1   the user's café.

2          219. Indeed, Café Mania offers users the choice of 116 different chairs to use in

3   decorating their café.  With this many options, it is thus not surprising that one of the options

4   would be a 1950s style diner chair.

5          220. This functionality is typical of, dictated by, inseparable from, indispensable to, or a

6   standard treatment of the idea of a restaurant management game.

7          221. Any similarity between Zynga's furniture design and Vostu's furniture design relates

8   to aspects of design that are not protectable by Zynga.

9          222. The Playfish chair depicted in paragraph 214 above preceded the Zynga chair in the

10  marketplace.

11         223. Vostu believes and therefore alleges that the creator of the Zynga chair viewed the

12  Playfish chair before finalizing the Zynga chair.

13         224. Overall, elements from Café World that Zynga alleges are infringed by Vostu's Café

14  Mania are present in Restaurant City.  Vostu believes and therefore alleges that none of these

15  preexisting elements were disclosed to the U.S. Copyright Office when the application to register

16  Café World was filed.

17                          ***City-Building Games***

18         225. Zynga claims that Vostu's MegaCity copied Zynga's CityVille.

19         226. Both Vostu's MegaCity and Zynga's CityVille are city-building games.

20         227. The city-building genre dates back to the SimCity franchise more than twenty years

21  ago.

22         228. Playdom's Social City was the first popular city-building game on a social network.

23         229. Playdom's Social City preceded Zynga's CityVille.

24         230. Vostu believes and therefore alleges that Zynga viewed Playdom's Social City

25  during the time it was developing CityVille.

26         231. Vostu believes and therefore alleges that Zynga conducted a market survey of Social

27  City users when it was developing CityVille.

28         232. Zynga watched a host of city-building games come on the market before it created

                                        -41-
                                                    ANSWER AND COUNTERCLAIMS
                                                    CASE NO. CV 11-2959 EJD

CityVille.

233. Exhibit D is a copy of an article describing the growth of city-building games on the Facebook platform; it is also available at http://www.insidesocialgames.com/2010/02/17/as-simcity-franchise-stagnates-developers-grow-city-building-games-on-facebook/.

234. Today there are more than twenty city-building games on social networks.

235. Zynga alleges that Vostu's MegaCity replicates Zynga's "buildings, land plots, street arrangements, decorations, mechanics, buttons, game board layouts, color scheme and information arrangement."  Complaint ¶ 60.

236. Many city-building games have a very similar look and feel, and incorporate very similar streets, decorations, buildings, and icons.

237. None of the features or elements of which Zynga complains is original to Zynga or otherwise something over which Zynga can claim robust copyright protection.

238. Specifically, the idea that a house, a hamburger joint, a hotel, and a coffee shop might all be in a city built by a user is simply not original to Zynga.

239. These options are typical of, dictated by, inseparable from, indispensable to, or a standard treatment of the idea of a city-building game.

240. Similarly, it is typical that a city would have streets that a user can arrange in a grid.

241. It is also typical that a city would have trees and fields.

242. These options are typical of, dictated by, inseparable from, indispensable to, or standard treatment of the idea of a city-building game.

243. Zynga's Complaint uses an aerial picture of a virtual city in Zynga's CityVille and another in Vostu's MegaCity to suggest Vostu copied Zynga.   Zynga's side-by-side comparison ignores the uniformity in game layout and visual elements that is pervasive across the genre of city-building games.

244. Below are examples of aerial views of various city-building games, with names and introduction dates of the respective games:

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

**Playdom's Social City**
**(March 2010)**



**Gamester's Townster**
**(September 2010)**



**LIFO Interactive's Train**
**City (December 2010)**



**Zynga's CityVille**
**(December 2010)**



**Vostu's MegaCity**
**(April 2011)**



**Que Pasa's Cidade**
**Maravilhosa (May 2011)**



245. Vostu believes and therefore alleges that Zynga was aware of the similarities amongst city-building games depicted in the paragraph above, yet did not include these other games in its Complaint.

246. City-building games employ standard types of buildings a user can place into the game. For example, many city-building games have a "burger joint," featuring a hamburger on top, the use of red in the building exterior (harkening to McDonald's or Burger King), and a square configuration.

247. Playdom's Social City had a burger joint many months before Zynga released its burger joint.

248. Below are pictures of the burger joints available in various city-building games, with the names and introduction dates of the respective games.

-43-

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

1
2

| **Playdom's Social City (March 2010)** | **LIFO's Train City (December 2010)** | **Zynga's CityVille (December 2010)** | **Vostu's MegaCity (April 2011)** |

3
4
5
6
7

   

8    249. The Playdom burger joint depicted in paragraph 248 above preceded the Zynga

9    burger joint in the marketplace.

10    250. Vostu believes and therefore alleges that the creator of the Zynga burger joint viewed

11    the Playdom burger joint before finalizing the Zynga burger joint.

12    251. As depicted in the burger joint image above, Playdom's Social City put oversized

13    graphic items on top of its business buildings to denote the type of business.  For example, a large

14    burger on top of a burger joint, a book on the front of a book store, and a bowling pin on top of a

15    bowling alley.

16    252. Vostu believes and therefore alleges that the creators of Zynga's CityVille viewed

17    the graphical representation of businesses in Playdom's Social City before making the graphical

18    representation of businesses in CityVille.

19    253. Vostu believes and therefore alleges that the creators of Zynga's CityVille viewed

20    the graphical representation of a book store and a bowling alley in Playdom's Social City before

21    making the graphical representations of a book store and a bowling alley in Zynga's CityVille.

22    254. Zynga alleges that Vostu's MegaCity copies CityVille's menu bar icons.

23    255. Other games in this genre have similar icons representing tasks on status and menu

24    bars.

25    256. Any similarity between Zynga's icons and Vostu's icons relates to aspects of design

26    that were not original to Zynga and are not protectable.

27
28

-44-

257. For example, SimCity games as far back as 1999 used a bulldozer icon for building removal.

258. Vostu believes and therefore alleges that the bulldozer icon first made an appearance on the menu bar in city-building games on social networks in MyTown, a Facebook game by Broken Bulb Studios from November 2009.

259. Vostu believes and therefore alleges that MyTown also had a stack of money as the icon representing virtual currency in the status bar, just like Zynga's subsequent CityVille, Vostu's MegaCity, and a host of other city-building games.

260. Zynga further alleges that Vostu copied "mistakes" or "bugs" in Zynga's CityVille game.

261. Zynga cites exactly one example of such a claimed "mistake" or "bug" in its CityVille game that also appears in Vostu's MegaCity, namely, the fact that community buildings are not required to connect to roads like residential and business buildings.

262. If this were a "bug," one would have expected Zynga to have fixed it.

263. In fact, Zynga alleges it has not fixed this supposed "mistake."

264. The treatment of community buildings in MegaCity is not a mistake. It is a purposeful part of the game play.

265. In MegaCity, a residential or business building must be connected to a road. The reason for this requirement is that the avatars that walk on the city streets must be able to walk into and disappear inside the building for the user to collect money from those avatars. So, for example, if a city has a coffee shop (a business building), the coffee shop must be connected to a road so that the avatars (*i.e.,* customers) can walk into the coffee shop and the user can collect money from them. Similarly, a city with an apartment building or a suburban house has avatars walk from the street to the inside of the house to increase the city's residential population. If a house or a business is not connected to a road, the graphic presentation changes and the "detached" structure does not provide the player with the opportunity to earn money from the avatars roaming the city's streets.

266. Community buildings are different. Community buildings such as a soccer field and

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

a helicopter pad in MegaCity do not have to be connected to a road.  A user has the option to connect them, or not.  The fact that users have an option with roads leading to community buildings in Vostu's MegaCity is not a "bug" or "mistake."  There are two reasons for this.  First, the game play with the community building is complete upon its construction.  It allows the user to be able to put more residents in its population, and it returns money on fixed time intervals.  Avatars in Vostu's MegaCity do not disappear inside community buildings for the user to "collect" money from them.  Even if the community building is connected to a road, the avatar just walks past the building.  Second, aesthetically, a user may wish to place a soccer field or a helicopter pad in a park or grassy area, or next to a parking lot, and not adjacent to a road.  Since there is no need for the walking avatars to enter the community building, MegaCity affords the user that choice in designing the look of his city.

267.  The concept of decorations in Vostu's MegaCity is similar to that of community buildings.  Decorations – which can include a beach volleyball court or an igloo – do not need to be placed adjacent to a road.  The user has the option to do so, but is not required to do so.  This is not a "bug" or a "mistake."  Rather, Vostu's designers have given the user more flexibility in decorating his or her city with this feature.

268.  Elements from CityVille that Zynga alleges are infringed by Vostu's MegaCity are present in other city-building games that predate CityVille.  Vostu believes and therefore alleges that none of these preexisting elements were disclosed to the U.S. Copyright Office when the application to register CityVille was filed.

### *Farming Games*

269.  Zynga alleges that Vostu copied Zynga's FarmVille with Vostu's MiniFazenda.

270.  Neither MiniFazenda nor any element of it is substantially similar to any protectable element of Zynga's FarmVille.

271.  Zynga includes no examples or specifics in its Complaint about what aspect of MiniFazenda is allegedly copied.

272.  Any similarity between Zynga's FarmVille game and Vostu's MiniFazenda game relates to aspects of design that are not protectable by Zynga.

-46-

273. Zynga released FarmVille after other farming games were already available on Facebook, including FarmTown and myFarm.

274. Vostu believes and therefore alleges that Zynga's FarmVille team viewed FarmTown during the time it was developing FarmVille.

275. Vostu believes and therefore alleges that Zynga's FarmVille team viewed myFarm during the time it was developing FarmVille.

276. On July 15, 2009, Christopher Mack wrote on the blog "Inside Social Games": "Farming games are the most popular games on Chinese social networks, and they're starting to gain more steam on Facebook now too. The first was myFarm, but then SlashKey.com came along and had much more success with FarmTown (which actually debuted at #4 in the Top 25 two months ago and is still pretty popular today). Though it wasn't an original concept, the virtual farming game was still pretty good. Now, another clone has emerged: FarmVille. FarmVille is from Zynga, a company that has made a name for itself by acquiring or emulating many of the most successful games on Facebook and MySpace." The article is available on the Web at http://www.insidesocialgames.com/2009/07/15/with-farmville-zynga-joins-the-facebook-farming-fray/. Exhibit E is a copy of that article.

277. Another commentator tracked the history of farming games, also noting the origins in Chinese farming games (Happy Farm), then myFarm and later FarmTown. This commentator notes that Zynga's FarmVille was neither first, nor original. The article is available at http://www.chinasocialgames.com/?p=400. Exhibit F is a copy of that article.

278. Another Internet article reviewed FarmVille upon its release and announced: "If you've played FarmTown at any point in the past few months then you won't need any education about how to use Zynga's version of the game as it's almost an exact duplicate." The article is available at http://www.allfacebook.com/zynga-farmville-2009-06. Exhibit G is a copy of that article.

279. Similarly, the FacebookForum.net reported about FarmVille: "This game is just a knock-off of another Facebook's game, FarmTown! Developed by 'Slash Key'. It was created before FarmVille." Exhibit H is a copy of the relevant portion of that forum, which resides on the

-47-

Web at http://www.thefacebookforum.net/t1898-playfish-vs-zynga-the-never-ending-copying-battle.

280. SF Weekly elaborates on the similarity between FarmTown and FarmVille: "In both games, tiny avatars with big heads plant square plots of soil with different crops, harvest them to earn virtual coins after a time, and acquire Facebook friends as neighbors to help out on the farm and exchange goods. The mechanics of the games – down to screen commands and layout – are more or less identical." ("FarmVillains," SF Weekly, September 8-14, 2010, at page 17 (paper version).)

281. Here is how Inside Social Games reported the two farm games looked in 2009:

**Slashkey's Farmtown in 2009          Zynga's FarmVille in 2009**



282. As referenced above, on June 17, 2011, the maker of the early farming game myFarm sued Zynga for copyright infringement, among other things. The plaintiff in that case accused Zynga of illegally copying myFarm source code that Zynga acquired during the acquisition discussions it had with the company.

283. In the farming space, Vostu believes and therefore alleges that Zynga soon eclipsed the pre-existing farming games by leveraging its powerful Facebook distribution channel and cross-promoting FarmVille to users of games like Mafia Wars.

284. Indeed, Zynga's FarmVille became the biggest farming game and, until recently, the biggest online social game in the world.

285. Vostu's MiniFazenda is one of many farming games on social networks.

-48-

286. Many of these farming games have a very similar look and feel, use very similar game mechanics, and incorporate very similar characters and icon design and arrangement.

287. For example, the farm games that followed FarmTown and myFarm featured plots of land to be plowed, planted, and harvested.  The dirt was brown and contained diagonal rows in which the seeds could be sown.

288. Below are pictures of how the plots of land look in various farming games, with names and introduction dates of the respective games.

**SocialApps' MyFarm (November 2008**



**Slashkey's FarmTown (April 2009)**



**Zynga's FarmVille (June 2009)**



**Green Patch's Lil' Farm Life (Aug. 2009)**



**Country Life's Country Life (Nov. 2009)**



**Vostu's MiniFazenda (Jan. 2010)**



289. This functionality is typical of, dictated by, inseparable from, indispensable to, or a standard treatment of the idea of a farming game.  Moreover, any similarity between Zynga's land design and Vostu's land design relates to aspects of the design that are not protectable by Zynga.

290. The Slashkey FarmTown plot of land above preceded the Zynga plot of land in the marketplace.

291. Vostu believes and therefore alleges that the creator of the Zynga plot of land viewed the Slashkey FarmTown plot of land before finalizing the Zynga plot of land.

292. The Social Apps MyFarm plot of land above preceded the Zynga plot of land in the marketplace.

293. Vostu believes and therefore alleges that the creator of the Zynga plot of land viewed the Social Apps MyFarm plot of land before finalizing the Zynga plot of land.

-49-

294. Graphical representations of cows and barns across farm games are also similar.

295. Below are pictures of how the cows look in various farming games, with names and introduction dates of the respective games.

| Slashkey's FarmTown Cow (April 2009) | Zynga's FarmVille Cow (June 2009) | Lil' Farm Life Cow (August 2009) | Vostu's MiniFazenda Cow (December 2009) |
|---|---|---|---|
|  |  |  |  |

296. Cows are typical of, dictated by, inseparable from, indispensable to, or standard treatment of the idea of a farming game.

297. The Slashkey FarmTown cow depicted in paragraph 295 above preceded the Zynga cow in the marketplace.

298. The Zynga cow used the same cartoonish style (smiling cow with a bigger-than-natural head) as Slashkey's FarmTown cow.

299. Vostu believes and therefore alleges that the creator of the Zynga cow viewed the FarmTown cow before finalizing the Zynga cow.

300. Below are pictures of how the barns look in various farming games, with names and introduction dates of the respective games.

| Slashkey's FarmTown Barn (April 2009) | SocialApps' myFarm Barn (May 2009) | Zynga's FarmVille Barn (June 2009) | Vostu's MiniFazenda Barn (December 2009) |
|---|---|---|---|
|  |  |  |  |

301. Barns are typical of, dictated by, inseparable from, indispensable to, or standard treatment of the idea of a farming game.

302. Any similarity between Zynga's barn design and Vostu's barn design relates to aspects of design that are not protectable by Zynga.

-50-

303. The Slashkey FarmTown barn depicted in paragraph 300 above preceded the Zynga barn in the marketplace.

304. Vostu believes and therefore alleges that the creator of the Zynga barn viewed the Slashkey FarmTown barn before finalizing the Zynga barn.

305. The similarity in these common images does not suggest copyright infringement by any one game. Rather, it suggests a common way to depict a cow or a barn.

### *Pet Care Games*

306. Another popular genre of online social games is pet care games.

307. Zynga alleges that Vostu's Pet Mania is a copy of Zynga's PetVille.

308. Neither Vostu's Pet Mania nor any element of it is substantially similar to any protectable element of Zynga's PetVille.

309. Any similarity between Zynga's pet care game and Vostu's pet care game relates to aspects of design that are not protectable by Zynga.

310. Zynga's PetVille was not the first pet care game on social networks.

311. Vostu believes and therefore alleges that Playfish launched Pet Society in September 2008.

312. Vostu believes and therefore alleges that Slide followed with its Super Poke Pet in March 2009.

313. Vostu believes and therefore alleges that Crowdstar launched its pet care game Happy Pets in November 2009.

314. Vostu believes and therefore alleges that Zynga's PetVille development team viewed Playfish's Pet Society during the time it was creating PetVille.

315. Vostu believes and therefore alleges that Zynga's PetVille development team viewed Slide's Super Poke Pet during the time it was creating PetVille.

316. Vostu believes and therefore alleges that Zynga's PetVille development team viewed Crowdstar's Happy Pets during the time it was creating PetVille.

317. Outside online social gaming, the pet care game genre has been popular for years, long before Zynga launched PetVille. Littlest Pet Shop is a long-standing console game and

Moshi Monsters is an online game from 2008 that has more than 50 million monthly active users.

318. When Zynga launched PetVille in December 2009, Vostu believes and therefore alleges that PetVille quickly became one of the fastest growing games with a game that emulated its predecessors by leveraging its robust Facebook distribution channels. One forum described PetVille as "basically the same as Pet Society."  Exhibit H, discussed above, is a copy of the relevant portion of the forum.

319. Zynga alleges that Vostu's Pet Mania copied Zynga's pet image and design.

320. Any similarity between Zynga's pet design and Vostu's pet design relates to aspects of design that are not protectable by Zynga.

321. The following illustrates a Pet Society "pet" avatar and the subsequently-released PetVille "pet" avatar from Zynga, with names and introduction dates of the respective games.

**Playfish's Pet Society (2008)**            **Zynga's PetVille (2009)**



322. Vostu believes and therefore alleges that the creator of the Zynga "pet" avatar above viewed Pet Society before finalizing the Zynga "pet" avatar.

*Poker Games*

323. Zynga alleges that Vostu Poker copies Zynga Poker.

324. Neither Vostu Poker or any element therein is substantially similar to any protectable element of Zynga Poker.

325. Any similarity between Zynga's poker game and Vostu's poker game design relates to aspects of design that are not protectable by Zynga.

326. Zynga Poker followed a host of successful online poker games.

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

327. Zynga in Paragraph 68 of its Complaint includes side by side screen shots of Zynga and Vostu's poker games.

**Zynga Poker**                    **Vostu Poker**



328. A poker room necessarily contains many elements which are by nature essential to the game of poker, such as a table, chairs, a dealer, cards, and chips.

329. Here are images from two popular online poker games, Real 3D Games' poker and Showoff Poker.

**Real 3D Games' Poker**            **Showoff Poker**

 

330. Zynga also includes images from the toolbars from Zynga Poker and Vostu Poker in its Complaint.  What it does not show is that poker game status bars generally have the same icons and place the amount of money a player has first in the order of icons.  Below are status bars from several competing poker games, with names of the respective games:

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

Zynga Poker by Zynga

VNH Poker by Socialinus

6Waves Poker by 6Waves

Ultimate Poker Pro by You Social

The Social Poker by Gazzag

Vostu Poker by Vostu



331. Any similarity between Zynga's poker game and Vostu's poker game relates to aspects of design that are not protectable by Zynga.

332. Each of the elements from Zynga Poker that Zynga alleges Vostu Poker infringes is present in poker games that predate Zynga Poker.  Vostu believes and therefore alleges that none of these preexisting elements were disclosed in the application to register Zynga Poker with the U.S. Copyright Office.

## **Zynga Has Copied Vostu's Games**

333. Zynga's Complaint improperly portrayed Vostu as a company that produces "copycat" games without its own unique innovation.  That is simply false.  Vostu is proud of the games it has designed and the innovative features it has introduced to the online social gaming world.

-54-

334. Vostu believes and therefore alleges that Zynga has admired Vostu's games and has often incorporated features and mechanics from Vostu's games into Zynga games.

335. For example, Vostu believes and therefore alleges that Vostu's MiniFazenda introduced the concept of customized backgrounds before Zynga's FarmVille.

336. MiniFazenda launched its new customized backgrounds (*e.g.*, a beach) on or about October 14, 2010.

337. Vostu believes and therefore alleges that Zynga's FarmVille China launched a choice of backgrounds in early 2011.

338. Vostu believes and therefore alleges that Zynga's FarmVille team viewed MiniFazenda's customized backgrounds when designing its own customized backgrounds.

339. Moreover, the greenhouse feature in MiniFazenda is another example of Vostu's many innovations that Zynga has followed. The greenhouse feature is a mechanic within MiniFazenda through which a user can choose to use a greenhouse to harvest and breed new crops.

340. After Vostu launched this greenhouse feature in its farming game on or about November 29, 2010, Zynga launched a greenhouse feature in FarmVille in February 2011.

341. Vostu believes and therefore alleges that Zynga viewed the greenhouse feature in Vostu's MiniFazenda before creating the greenhouse feature on Zynga's FarmVille.

342. Another example of Zynga building on Vostu's innovations is the Café World avatar rendering system.

343. Vostu believes and therefore alleges that Zynga redesigned its avatar rendering system in Café World to make it more like that of Vostu's Café Mania.

344. Moreover, Zynga Poker has emulated Vostu Poker.

345. On January 13, 2011, Vostu Poker launched an innovative "hand reference" feature in Vostu Poker called "Dica Pro." Vostu did this because, based on its analysis of its users, it knew that Orkut users were somewhat novice in their poker skills. Thus, Vostu created a feature whereby the game gives hints to users about how strong their hands are. The user has to pay to activate the feature.

-55-

1      346. On March 1, 2011, Zynga released a feature called "Hand Meter" in Zynga Poker.

2      347. The "Hand Meter" feature in Zynga Poker gives users hints about the strength of

3    their hands.  Users have to pay to activate this feature.

4      348. Vostu believes and thereby alleges that Zynga's Zynga Poker team viewed Vostu's

5    "Dica Pro" feature before designing Zynga Poker's "Hand Meter" feature.

6      349. These are just a few examples of how Zynga has introduced features and mechanics

7    into its games after those same features and mechanics were pioneered and launched by Vostu.

8                              **FIRST CAUSE OF ACTION**

9              **(Declaratory Judgment of Non-Infringement for MiniFazenda)**

10     350. Vostu incorporates by reference the allegations above.

11     351. In its Complaint, Zynga has alleged that Vostu has infringed Zynga's copyright by

12   developing and publishing the game MiniFazenda.

13     352. Based on the foregoing allegations, there exists between the parties a substantial

14   controversy of sufficient immediacy and reality to warrant declaratory relief.

15     353. Vostu seeks declaratory judgment pursuant to 28 U.S.C. § 2201 and Federal Rule of

16   Civil Procedure 57 that Vostu has not infringed Zynga's copyright by developing the game

17   MiniFazenda and publishing it in the United States.

18                              **SECOND CAUSE OF ACTION**

19               **(Declaratory Judgment of Non-Infringement for Café Mania)**

20     354. Vostu incorporates by reference the allegations above.

21     355. In its Complaint, Zynga has alleged that Vostu has infringed Zynga's copyright by

22   developing and publishing the game Café Mania.

23     356. Based on the foregoing allegations, there exists between the parties a substantial

24   controversy of sufficient immediacy and reality to warrant declaratory relief.

25     357. Vostu seeks declaratory judgment pursuant to 28 U.S.C. § 2201 and Federal Rule of

26   Civil Procedure 57 that Vostu has not infringed Zynga's copyright by developing the game Café

27   Mania and publishing it in the United States.

28

ANSWER AND COUNTERCLAIMS
CASE NO. CV 11-2959 EJD

**THIRD CAUSE OF ACTION**

**(Declaratory Judgment of Non-Infringement for MegaCity)**

358. Vostu incorporates by reference the allegations above.

359. In its Complaint, Zynga has alleged that Vostu has infringed Zynga's copyright by developing and publishing the game MegaCity.

360. Based on the foregoing allegations, there exists between the parties a substantial controversy of sufficient immediacy and reality to warrant declaratory relief.

361. Vostu seeks declaratory judgment pursuant to 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57 that Vostu has not infringed Zynga's copyright by developing the game MegaCity and publishing it in the United States.

**FOURTH CAUSE OF ACTION**

**(Declaratory Judgment of Non-Infringement for Pet Mania)**

362. Vostu incorporates by reference the allegations above.

363. In its Complaint, Zynga has alleged that Vostu has infringed Zynga's copyright by developing and publishing the game Pet Mania.

364. Based on the foregoing allegations, there exists between the parties a substantial controversy of sufficient immediacy and reality to warrant declaratory relief.

365. Vostu seeks declaratory judgment pursuant to 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57 that Vostu has not infringed Zynga's copyright by developing the game Pet Mania and publishing it in the United States.

**FIFTH CAUSE OF ACTION**

**(Declaratory Judgment of Non-Infringement for Vostu Poker)**

366. Vostu incorporates by reference the allegations above.

367. In its Complaint, Zynga has alleged that Vostu has infringed Zynga's copyright by developing and publishing the game Vostu Poker.

368. Based on the foregoing allegations, there exists between the parties a substantial controversy of sufficient immediacy and reality to warrant declaratory relief.

-57-

369. Vostu seeks declaratory judgment pursuant to 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57 that Vostu has not infringed Zynga's copyright by developing the game Vostu Poker and publishing it in the United States.

### PRAYER FOR RELIEF

WHEREFORE, Vostu USA, Inc., Vostu LLC, and Vostu, Ltd. pray for judgment as follows:

1. For a declaration that Vostu has not infringed Zynga's copyrights with its MiniFazenda game;

2. For a declaration that Vostu has not infringed Zynga's copyrights with its Café Mania game;

3. For a declaration that Vostu has not infringed Zynga's copyrights with its MegaCity game;

4. For a declaration that Vostu has not infringed Zynga's copyrights with its Pet Mania game;

5. For a declaration that Vostu has not infringed Zynga's copyrights with its Vostu Poker game;

6. For Vostu's attorneys' fees;

7. For Vostu's costs and disbursements in this action; and

8. For such other further and equitable and legal relief as the Court shall find just and proper.

### DEMAND FOR JURY TRIAL

Defendants Vostu USA, Inc., Vostu LLC, Vostu, Ltd. hereby demand trial by jury.

1    DATED: July 20, 2011                    Munger, Tolles & Olson LLP

2

3

4                                           By: /s/_____
                                                 Carolyn Hoecker Luedtke

5                                           Winston & Strawn LLP

6

7

8                                           By: /s/_____
                                                 Andrew P. Bridges

9                                           Attorneys for Defendants
                                            VOSTU USA, INC., VOSTU LLC, AND
10                                          VOSTU, LTD.

11

12

13

14

15          Pursuant to General Order 45.X.B, I attest that each of the other signatories of this

16   document concurs in its filing.

17

18   Dated:  July 20, 2011                   Winston & Strawn LLP

19

20                                     By:  /s/_____
                                            Andrew P. Bridges

21                                          Attorneys for Defendants
                                            VOSTU USA, INC., VOSTU LLC and
22                                          VOSTU, LTD.

23

24

25

26

27

28

                                            -59-