**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA, INC. et al., | Case No. 11-CV-02959-EJD |
| Plaintiffs, | **ORDER SETTING DEADLINE FOR OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| VOSTU USA, INC. et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiffs shall file with the Court and serve opposing counsel with any opposition to Defendants' *Ex Parte* Application for Temporary Restraining Order (dkt. item no. 22) by 4:00 p.m. PDT on Wednesday, August 10, 2011. A paper chambers copy shall accompany the Court filing, subject to the same deadline.

**IT IS SO ORDERED.**

Dated: August 8, 2011

_____
EDWARD J. DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew P. Bridges abridges@winston.com
Carolyn Hoecker Luedtke carolyn.luedtke@mto.com
Carolyn Veronica Zabrycki carolyn.zabrycki@mto.com
David K. Caplan dcaplan@kmwlaw.com
Dennis LeRoy Wilson dwilson@kmwlaw.com
Jennifer A. Golinveaux jgolinveaux@winston.com
Jonathan Hugh Blavin jonathan.blavin@mto.com
Kelly Max Klaus kelly.klaus@mto.com
Larry Wayne McFarland lmcfarland@kmwlaw.com
Mark Russell Conrad Mark.Conrad@mto.com
Ronald Leroy Olson ron.olson@mto.com
Tara D Rose trose@kmwlaw.com

Dated:  August 8, 2011                           Richard W. Wieking, Clerk

                                                 By:     /s/ EJD Chambers
                                                         Elizabeth Garcia
                                                         Courtroom Deputy

CASE NO. 11-CV-02959 EJD
ORDER SETTING DEADLINE FOR OPPOSITION TO APPLICATION FOR TRO