Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Tara D. Rose (Bar No. 256079)
E-Mail: trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VOSTU USA, INC., a Delaware Corporation; VOSTU LLC, a Delaware Corporation; VOSTU, LLC, a Delaware Corporation; VOSTU, LTD., a Cayman Islands Corporation; and DOES 1-5,<br><br>Defendants. | **CASE NO. CV 11-2959 EJD**<br><br>[~~PROPOSED~~] **ORDER GRANTING AN EXTENSION OF TIME FOR ZYNGA INC. TO RESPOND TO VOSTU USA, INC., VOSTU LLC AND VOSTU, LTD.'S COUNTERCLAIMS** |

1  THE COURT, having considered the Stipulation of the parties requesting that the Court extend the time for Plaintiff Zynga Inc. ("Plaintiff") to respond to Defendants Vostu USA, Inc., Vostu LLC and Vostu, Ltd.'s (collectively, "Defendants") Counterclaims in the above-captioned matter, the Declaration of Larry W. McFarland in support of the Stipulation to extend the time for Plaintiff to respond to Defendants Counterclaims, and GOOD CAUSE APPEARING THEREFOR, **ORDERS** as follows: Plaintiff's last day to respond to the Counterclaims on file in this action shall be on or before September 6, 2011.

IT IS SO ORDERED.

ENTERED THIS  16th  DAY OF  August , 2011.

_____
Honorable Edward J. Davila
United States District Judge

- 1 -
CASE NO. CV 11-2959 EJD
[PROPOSED] ORDER GRANTING AN EXTENSION OF TIME FOR ZYNGA INC. TO RESPOND TO VOSTU USA, INC., VOSTU LLC AND VOSTU, LTD.'S COUNTERCLAIMS