**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

ZYNGA, INC.,                                        Case No. 11-CV-02959-EJD

11

        Plaintiff /                      **ORDER DISSOLVING TEMPORARY**
        Counter-defendant,          **RESTRAINING ORDER AND DENYING**

12

  v.                                                **PRELIMINARY INJUNCTION**

13

VOSTU USA, INC., VOSTU LLC,
VOSTU, LTD.,

14

15

        Defendants /
        Counter-claimants.

_____/

16

      This matter came before the Court on August 23, 2011, upon the Court's order to show cause

17

why Vostu's requested preliminary injunction should not be entered.

18

      IT IS HEREBY ORDERED that the previously-issued temporary restraining order (ECF No.

19

60, Aug. 11, 2011) is dissolved, the order to show cause (ECF No. 60, Aug. 11, 2011) is discharged,

20

and no preliminary injunction will issue. A full order and opinion setting forth the basis for the

21

decision will follow.

22

**IT IS SO ORDERED.**

23

24

Dated:  August 26, 2011, 3:40 p.m.

25

                                EDWARD J. DAVILA
                                United States District Judge

26

27

28

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Andrew P. Bridges abridges@winston.com
Carolyn Hoecker Luedtke carolyn.luedtke@mto.com
3 | Carolyn Veronica Zabrycki carolyn.zabrycki@mto.com
David K. Caplan dcaplan@kmwlaw.com
4 | Dennis LeRoy Wilson dwilson@kmwlaw.com
Jennifer A. Golinveaux jgolinveaux@winston.com
5 | Jonathan Hugh Blavin jonathan.blavin@mto.com
Kelly M Klaus kelly.klaus@mto.com
6 | Kelly Max Klaus kelly.klaus@mto.com
Larry Wayne McFarland lmcfarland@kmwlaw.com
7 | Mark Russell Conrad Mark.Conrad@mto.com
Ronald Leroy Olson ron.olson@mto.com
8 | Tara D Rose trose@kmwlaw.com

9

10

11 | **Dated: August 26, 2011**          **Richard W. Wieking, Clerk**

12 | **By:    /s/ EJD Chambers**
**Elizabeth Garcia**
13 | **Courtroom Deputy**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28