LARRY W. MCFARLAND (SBN: 129668)
lmcfarland@kmwlaw.com
DENNIS L. WILSON (SBN: 155407)
dwilson@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff and Counterdefendant

CAROLYN HOECKER LUEDTKE (SBN: 207976)
Carolyn.Luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

ANDREW P. BRIDGES (SBN: 122761)
abridges@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Attorneys for Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA INC.,<br>　　　　Plaintiff,<br>　　v.<br>VOSTU USA, INC., et al.,<br>　　　　Defendants,<br><br>AND COUNTERCLAIMS | **CASE NO. CV 11-2959 EJD**<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME TO AMEND COUNTERCLAIMS**<br><br>[PROPOSED] ORDER |

Stipulated Request for Order Extending Time to Amend Counterclaims - Case No. 11-2959 EJD

The parties hereby stipulate to a request for an order extending the time afforded to Defendants and Counterclaimants under Rule 15(a)(1)(B), Fed. R. Civ. P., to amend their counterclaims until October 21, 2011.  This is the first extension, and it will have no effect on any events or deadlines set by this Court.  The purpose of the extension is to afford the parties an opportunity to discuss an amicable resolution to their dispute.

Dated: September 27, 2011              KEATS McFARLAND & WILSON LLP

                                       By:        /S/
                                           Larry W. McFarland
                                           Dennis Wilson

                                       Attorneys for Plaintiff / Counter-defendant
                                       ZYNGA INC


Dated: September 27, 2011              WINSTON & STRAWN LLP

                                       By:        /S/
                                           Andrew P. Bridges

                                       MUNGER, TOLLES & OLSON LLP
                                           Carolyn Hoecker Luedtke

                                       Attorneys for Defendants / Counter-claimants
                                       VOSTU USA, INC., VOSTU LLC and
                                       VOSTU, LTD

Andrew Bridges attests that he has obtained the concurrence of Dennis L. Wilson in the filing of this document.

[PROPOSED] ORDER

For good cause shown, the Court hereby EXTENDS the time for Defendants and Counterclaimants to amend their counterclaims until October 21, 2011.

Dated: September 28, 2011

_____
Hon. Edward J. Davila
United States District Judge