IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA INC., | CASE NO. 5:11-CV-02959-EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE TO AMEND COUNTERCLAIMS** |
| v. | |
| VOSTU USA, INC. et al., | |
| Defendants. / | |

In light of the parties' representations that settlement discussions are ongoing, IT IS HEREBY ORDERED that

1) the initial case management conference in this case, currently scheduled for November 4, 2011, is continued to January 6, 2012;

2) the parties shall file a Joint Case Management Statement no later than January 3, 2012;

3) the deadline for the Defendants to amend their counterclaims as a matter of right is extended to January 13, 2012.

**IT IS SO ORDERED.**

Dated: November 1, 2011

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:11-CV-02959-EJD
ORDER CONTINUING CMC