Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Tara D. Rose (Bar No. 256079)
E-Mail: trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA INC.

**DENIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA INC., a Delaware Corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>VOSTU USA, INC., a Delaware Corporation; VOSTU LLC, a Delaware Corporation; VOSTU, LLC, a Delaware Corporation; VOSTU, LTD., a Cayman Islands Corporation; and DOES 1-5,<br><br>           Defendants. | **CASE NO. CV 11-2959 EJD**<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS TO PERMIT SETTLEMENT DISCUSSIONS** |

15452492.1

Plaintiff ZYNGA INC. ("Plaintiff") and Defendants VOSTU USA, INC., VOSTU LLC, VOSUT, LLC and VOSTU, LTD. ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

## RECITALS

WHEREAS on October 11, 2011, Plaintiff and Defendants (collectively the "Parties") conducted a mediation before the Honorable Judge William Cahill (Ret.); and

WHEREAS following the mediation the Parties are continuing their negotiations towards a resolution of this matter; and

WHEREAS the Initial Case Management Conference is currently scheduled for Friday, November 4, 2011; and

WHEREAS the parties have each served discovery in this action; and

WHEREAS Vostu's deadline to amend its counterclaims as a matter of right is October 20, 2011; and

WHEREAS the Parties agree that it is in their mutual best interest, as well as in the interest of judicial efficiency, for all litigation between the parties worldwide to be stayed for a reasonable period of time to allow the Parties to focus their efforts on concluding a settlement; and

WHEREAS a brief stay in this action will not affect any dates on the Court's calendar other than the November 4, 2011, Initial Case Management Conference.

## STIPULATION

Based on the foregoing recitals, the Parties hereby stipulate and agree as follows:

- 1 -

CASE NO. CV 11-2959 EJD
STIPULATION AND [PROPOSED] ORDER
STAYING PROCEEDINGS TO PERMIT
SETTLEMENT DISCUSSIONS

15452492.1

1. The Initial Case Management Conference currently scheduled for November 4, 2011 shall be taken off calendar.

2. All pending dates and deadlines in this action shall be stayed.

3. The deadline for Vostu to file amended counterclaims as a matter of right shall be extended until 10 business days after the lifting of the stay.

4. The Parties shall report to the Court on their progress negotiating a final settlement agreement, and cooperate in proposing any next steps, no later than December 2, 2011.

5. Either Party may move *ex parte* with two business days notice to petition the Court to lift the stay.

Dated: October 21, 2011                          KEATS MCFARLAND & WILSON LLP

                                                 By: /s/
                                                 Dennis L. Wilson
                                                  Attorneys for Plaintiff
                                                 ZYNGA INC.

Dated: October 21, 2011                          MUNGER, TOLLES & OLSON LLP

                                                 By: /s/
                                                 Carolyn Hoecker Luedtke
                                                 Attorneys for Defendants
                                                 VOSTU USA, INC., VOSTU LLC and
                                                 VOSTU, LTD.

- 2 -                          CASE NO. CV 11-2959 EJD
STIPULATION AND [PROPOSED] ORDER
STAYING PROCEEDINGS TO PERMIT
SETTLEMENT DISCUSSIONS

15452492.1

```
                                    WINSTON & STRAWN LLP


                                    By:  /s/
                                    Andrew P. Bridges
                                    Attorneys for Defendants
                                    VOSTU USA, INC., VOSTU LLC and
                                    VOSTU, LTD.
```

SIGNATURE ATTESTATION: I hereby attest that I have authorization on file for any signatures indicated by a conformed signature within this e-filed document

```
                                      /s/
                                    Dennis L. Wilson
```

## ORDER

Pursuant to the stipulation of the Parties, **IT IS SO ORDERED.**

Date: _____

```
                                    _____
                                    Honorable Edward J. Davila
                                    United States District Judge
```