Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Tara D. Rose (Bar No. 256079)
E-Mail: trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff and Counterclaim
Defendant ZYNGA INC.

Ronald L. Olson (Bar No. 044597)
Ron.Olson@mto.com
Kelly M. Klaus (Bar No. 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Carolyn Hoecker Luedtke (Bar No. 207976)
Carolyn.Luedtke@mto.com
Jonathan H. Blavin (Bar No. 230269)
Jonathan.Blavin@mto.com
Mark R. Conrad (Bar No. 255667)
Mark.Conrad@mto.com
Carolyn V. Zabrycki (Bar No. 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Andrew P. Bridges (Bar No. 122761)
abridges@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants and Counterclaimants
VOSTU USA, INC., VOSTU LLC and VOSTU LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA INC., <br><br> Plaintiff, <br><br> v. <br><br> VOSTU USA, INC.; VOSTU LLC; VOSTU, LLC; VOSTU, LTD.; and DOES 1-5, <br><br> Defendants. <br><br> AND COUNTERCLAIMS | **CASE NO. CV 11-2959 EJD** <br><br> **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Hon. Edward J. Davila |

Plaintiff ZYNGA INC. ("Plaintiff") and Defendants VOSTU USA, INC., VOSTU LLC and VOSTU, LTD. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action, including all counterclaims, should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendants further stipulate that each party shall bear its own costs and attorneys' fees. Defendant VOSTU, LLC has not served an answer, motion for summary judgment or otherwise appeared in the above-captioned action and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), is not required to stipulate to this dismissal.

IT IS SO STIPULATED.

Dated: December 6, 2011                         KEATS MCFARLAND & WILSON LLP


                                                By: /s/ Dennis L. Wilson
                                                Dennis L. Wilson
                                                Attorneys for Plaintiff
                                                ZYNGA INC.


Dated: December 6, 2011                         MUNGER, TOLLES & OLSON LLP


                                                By:    /s/ Carolyn Luedtke
                                                Carolyn Hoecker Luedtke
                                                Attorneys for Defendants
                                                VOSTU USA, INC., VOSTU LLC and
                                                VOSTU, LTD.

Dated: December 6, 2011                    FENWICK & WEST LLP


                                           By:    /s/ Andrew Bridges
                                           Andrew P. Bridges
                                           Attorneys for Defendants
                                           VOSTU USA, INC., VOSTU LLC and
                                           VOSTU, LTD.


**SIGNATURE ATTESTATION**: I hereby attest that I have authorization on file for any signatures indicated by a conformed signature within this e-filed document.


                                              /s/ Dennis L. Wilson
                                           Dennis L. Wilson

- 2 -

CASE NO. CV 11-2959 EJD
STIPULATION OF DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE