Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Tara D. Rose (Bar No. 256079)
E-Mail: trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff and Counterclaim Defendant ZYNGA INC.

Ronald L. Olson (Bar No. 044597)
Ron.Olson@mto.com
Kelly M. Klaus (Bar No. 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Carolyn Hoecker Luedtke (Bar No. 207976)
Carolyn.Luedtke@mto.com
Jonathan H. Blavin (Bar No. 230269)
Jonathan.Blavin@mto.com
Mark R. Conrad (Bar No. 255667)
Mark.Conrad@mto.com
Carolyn V. Zabrycki (Bar No. 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Andrew P. Bridges (Bar No. 122761)
abridges@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants and Counterclaimants VOSTU USA, INC., VOSTU LLC and VOSTU LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA INC., <br><br> Plaintiff, <br> v. <br><br> VOSTU USA, INC.; VOSTU LLC; VOSTU, LLC; VOSTU, LTD.; and DOES 1-5, <br><br> Defendants. <br><br> AND COUNTERCLAIMS | **CASE NO. CV 11-2959 EJD** <br><br> [PROPOSED] ORDER RE STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE <br><br> Hon. Edward J. Davila |

1  The Court, having considered the accompanying stipulation, and good cause appearing
2  therefore, orders as follows:
3     1.    The action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure
4         41(a)(1); and
5     2.    Plaintiff and Defendants shall each bear their own costs and attorneys' fees.
6
7  IT IS SO ORDERED.
8  The Clerk shall close this file.
9
10 Dated:   December 8, 2011               _____
11                                            HON. EDWARD J. DAVILA
                                           UNITED STATES DISTRICT JUDGE

CASE NO. CV 11-2959 EJD
[PROPOSED] ORDER RE
STIPULATION OF DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE